IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

Anthony L. McKinney et. al
Secured Creditor
        Plaintiff

~~Complaint~~  Original

**RECEIVED**

— V —

MAR 2 0 2020

RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

Civil Action No._____

Denise Paddock
Librarian/c6 at LOCI
In their individaul and
Official Capacities
Defendant - Debtor

Complaint

2 20CV1450

[Judge Smith]

MAGISTRATE JUDGE DEAVERS

LT R. Kammer at LOCI
In their individual and
Official capacity
Defendant - Debtor

LT Shawn Frye at LOCI
In their individual and
Official capacity
Defendant - Debtor

SGT B. Preston at LOCI
In their individual and
Official Capacity
Defendant - Debtor

Warden - Norman Robinson at LOCI
In their Individual and official
capacity. Defendant - Debtor

Warden at RCI
In their Individual and
Official Capacity
Defendant - Debtor

Hearing officers Unknown
In their Individual and Official
Capacity
Defendant - Debtor

## I. Jurisdiction & Venue

1. This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the united States. The court has jurisdiction under 28 U.S.C. Section 1331, 1331(1) & U.S. Const. Art. III § 2 Cl. 1, and 1343(a)(3). Plaintiff Mckinney seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff Mckinney's Claims for injunctive relief are authorized by 28 U.S.C. Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure

2. The Southern District of Ohio is a appropriate Venue under 28 U.S.C. Section 1391(b)(2) because it is where the events giving rise to this claim occurred.

## II. Plaintiff

3. Plaintiff Anthony Mckinney, is and was at all times mentioned herein a Prisoner of the State of Ohio in the custody of the Ohio Department of Corrections. He is currently confined in Ohio State Prison, in Chillicothe, Ohio.

## III Defendants

4. Defendant - Debtor Denise Paddock is a Librarian /C10, Corrections officer of the Ohio Department of Corrections, who, at all times mentioned in this

complaint, held rank of Librarian/C/O and was assigned to Ohio State Prison.

5. Defendant-Debtor LT R. Kammer is the Head of the STG Security Threat Group upon Belief and information and or Lieutenant/C/O Corrections officer of the Ohio Department of Corrections who, at all times mentioned held the rank of Prison guard and was assigned to Ohio State Prison.

6. Defendant-Debtor LT Shawn frye is a Lieutenant C/O Corrections officer of the Department of Ohio Department of Corrections who at all times mentioned held the rank of Prison guard and was assigned to Ohio State Prison.

7. Defendant-Debtor SGT B. Preston is a Sergeant C/O corrections officer of the Ohio Department of corrections who at all times mentioned held the rank of Prison guard and was assigned to Ohio state Prison.

8. Defendant-Debtor Warden Norman Robinson is the Warden of Ohio State Prison. He is legally responsible for operation of London correctional ~~Instiution~~ Institution Ohio State Prison and for the welfare of all inmates of that Prison.

9. Defendant-Debtor Warden Donnie Morgan is the Warden of Ohio State Prison. He is legally responsible for operation of Ross correctional Instution Ohio State Prison and for the welfare of all inmates of that Prison.

10. Each Defendant-Debtor is sued individually and in his official capacity. At all times mentioned in this complaint each defendant acted under the color of State law.

## III Facts

11. On March 18, 2019 Plaintiff Anthony McKinney and Friend Brent R. Houdeshell Shared a Word Processor at the law library, LOCI.

12. Mr McKinney and Mr Houdeshell Practiced law together both claiming Innocense in their criminal cases. Practicing out of American Juris Prudence, and other legal sources, Privately.

13. In Search for relief Prior to March 18, 2019, Houdeshell had drafted documents, as McKinney assisted in this drafting of Personal Property, (ie, Common Law Copyright Hold Harmless, and Indemnity Security from damage, Power of Attorney In Fact, Negative Averment, Attachment "A" Definitions.)

14. Houdeshell Paid Librian/c/o Paddock via Pre-Paid Debit Card for the documents mentioned above. C/O Paddock Printed the Personal Property and handed the documents to Houdeshell Without incident, Problem or Violation of Rule 17 or Policy, Prior to March 18, 2019

15 Houdeshell Freely Filed his instruments with gonverment agencies, Without incident and returned to Houdeshell through institutional Mail at LOCI Without incident.

16. March 18, 2019 Houdeshell and McKinney completed the same documents mentioned above in Mr McKinney's name in Para 13

17. March 18, 2019 McKinney filed out a request form Appox 2:50 PM to C/O Paddock, requesting to Purchase the documents referenced in Para 13 & 16 ~~(ie~~ (ie, only McKinney's documents)

18. After giving C/O Paddock the Pre Paid debit card and the request slip to Purchase the Personal Property (i.e; McKinney's documents only). Paddock Charged McKinney's Account and Printed the Material from LOCI's computer.

19. Paddock and another unknown C/O then entered the the portion of the law library where Houdeshell and McKinney shared a word Processor

20. Paddock and the unknown individual/C/O approached Houdeshell and McKinney. At that time, both the unknown C/O and Paddock took up an authoritive stance, on approach.

21. Paddock and the unknown individual/C/O blocked Houdeshell and McKinney, as Paddock began to belligerently in a loud manner spout slurs in front of inmates and the unknown C/O. ("You Soverighn Citizen's"), while standing over top of Houdeshell and McKinney with arms folded and McKinney's Personal Property in her hands,

22. Paddock then yelled while assitated. ("You are not allowed to have Sovereighn Citizen documents") Paddock then handed McKinney his Purchase, Documents Personal Property, and his Pre-Paid debit card.

23. Surprisingly and unexpectedly, without warning Paddock handend Houdeshell the same documents she Previously Printed and given to him Paragraph 13-14 she done this without request or request of payment. She done this on her own will. And without consent.

24. The unknown/c/o gave the order for Houdeshell and McKinney to set up and come with him or else, as we Protested against Paddock's Claim, that "we are not not organizution or gang. and te documents were constutionally allowed" Paddock did not write a conduct report, and Interfered with Indemnity.

25. Houdeshell and McKinney grabed the rest of the documents they had brought with them, and followed the unknown/c/o escort to LT Shawn Frye office in the "Keys" (ie; the name of an area in a building.)

26. Upon entering Mr Frye's office, Frye asked McKinney was he a "SC" (ie Sovereign Citizen). At that Point McKinney stated he was not, that he was an innocent man in Prison, fighting his way out.

27. Frye told McKinney to turn over the documents McKinney had in his hands (ie; the documents Paddock turned over to McKinney) Plus legal documents McKinney already had with him, (ie; orisional Complaint from trial court 05-CR-10-7130, other documents from this case number, Federal Documents, other legal and Edecational material, State and Federal).

28. McKinney ~~to~~ told Frye No, that the **Personal Property** belonged to McKinney. Frye became belligerent and agitated, the unkown C/o took up an agisressive stance ~~at~~ by **Spreading** his legs and grabing or brandishing his **mase weapon**.

29. At this time Frye Demanding McKinney's Personal Property telling McKinney to shut up and hand over the documents or get Sprayed (ie; mase Sprayed in the face) and go to the hole.

30. Frye then Proceeded ~~McKinney's~~ to take McKinney's Personal Property through Coercien and/or threat of force Searched and Seized looked and read documents, Confiscated McKinney's Personal Property, made a legal determination, labled McKinney's Constitutional allowable documents, and converted them into to "SC" Documents See Para 26 the exercise of Constitutional rights in to Crimes, and or violation ~~of Rule~~ 9 in the form of Contra band slip

31. While none of the documents were labled by there individual names or titles or inventory, the contraband slip by Frye did not cite the orisional location where the personal property of Mckinney was found.(ie; law Library). Frye's Disposition was to place the documents in the STG box (ie; Security Threat Group). Ref! LoCI 0319000690 Frye did not issue or write a conduct report.

32. On March 31, 2019 Mckinney wrote a (ICR). Informal complaint Resolution, on the computer kiosk (ie; Inmates can only file greviences on the kiosk, and are only ~~allowed~~ allowed to appeal, if the defedant allows them to. by uploading the, grevience, Appeal form for the inmate to use, due to the paper forms being discontinued, as to where the inmate could request a paper grevience, Appeal with ~~no~~ without problem, or defendant controling the process)

33. Mckinney wrote the (ICR) & counter offer to (STG) where the personal property was sent # LoCI 0319000690. The Defendants were all put on notice through (ICR). The Defendants did not respond to the (ICR). And Procedurally defaulted by not responding to the (ICR) and counter offer.

34. On April 11, 2019 the (IC.R) escalated to Grievance (ie; the defendants failed to respond and forwarded the plaintiff to the next step of procedure, grievance) Mckinney accepted the general acquiescence, Defendants agreed to Mr Mckinney's terms and demands in reference to the the fictitious charges @ LoCI 0319000690 and Contra band ~~sli~~ slip. See LoCI-19-001923 for Date 03/18/2019 Rule 17 for fictitious charges.

35. The Defendants failed to give plaintiff an Appeal, even after inquiry by Mckinney See #'s RCI 1219004383, RCI 0120000556; RCI 0120001146, See personal A/C

36. Withdrawal Check out-slip Feb/11/2019. to the offices of Chief inspector of rehabilitation & Corrections 7770 west broad street. columbus ohio 43222. Appeal request & Demand for documents. Note: It should be noted Mckinney received no appeal from conviction of Rule 17, LOCI 031900000 690, nor (ICR). It Should also be noted that none of the documents with "refusal" was Presented to Mckinney for his Signature, except for the Conduct report and a request for computerized signature for transfer, and was denied by Mckinney. Defendants wrote refusal without Presenting documents to Plaintiff. Note: It Should be noted that the defendant R Kammer did attempt to respond after he already Procedurally defaulted, by making a side note "Disagree with Profile" in this context there is no re-counter and barred by resdudicata. See Paragraph 33-34

37 Sergeant Mayer on 4/12/2019 app 10:55 Am called requested that Mckinney Come to his office in A-1. once once in the office Mayer Stated that to Mckinney that he was being Charged and requested Mckinney to sign a computer devise, that was not visible because the monitor was facing the direction of Mayer. (ie Mckinney could not see what he was Signing.)

38 After reviewing the Paper document before Mckinney (ie; the Conduct Report in Paper form) LOCI-19-001823 03/18/2019, Violation Rule 17 (?)(?), issued by a Kammer R, written 4/9/19 Given to Mckinney 4/12/19, and the date of the alleged rule 17(?)(?) Violation 3/18/19. At that time 4/12/19 Mckinney Made Mayer that aware and advised that he was in error and in Violation of the law. That the Conduct report was out of time (ie; approx 24 days after the fact.),

39 Mckinney also informed Mayer that the Conduct report failed to State a Claim, was ~~false~~ Vague, that it failed to cite a Subsection, (ie; failed to cite the letter and number it was charsing under), that it lacked notice of the Specific Charses, Failed to cite the location of the incident (ie; the Law library), See Contra band slip also. The charsing official did not write the conduct report, ~~or~~ and did not ~~sisn it,~~ Sign it, (ie; C/O Puddlock), the creator of the incident

40 Mckinney wrote a (I.C.R), 4/13/2019 LoCI 0419000248 giving notice to defendants, and mckinney made a reservation of his rishts, without Prejudice, to all Subject related herein, and to challense this ~~Defective~~ conduct report that lacked Process Service, Mckinney hand deliverd the conduct report;

41 As "Non-Assumpist" Return to Sender, See Exhibit 4 Attached. LoCI 0419000248 4/13/2019

42 On 4/18/2019 (R. Kammer) Respond to the (ICR), and wrote, "~~the~~ All questions Pertaining to the Process of a Conduct report can be ~~ass~~ answered in S6-DSC-01" Kammer cited ODRC Policy concerning "conduct Report and hearing officer Procedures", but did not address the specific ODRC Policy, of the alleged violation by the inmate Mckinney/Plaintiff.

43 Kammer violated ~~6~~ S6-DSC-01- Procedures VI (B) (3)-(4). S6-DSC-01 VI (D)(1)(a)(b)(d)(e)(s). OAC Ann. 5120-9-07 (B)~~(7)~~ and (B)-(1). UP untill this Point OAC Ann. 5120-9-31 (A), is violated 4/12/19 - 2/23/19 or untill the Expiration of this civil action. ~~As~~ Also See violations in Para 39. ~~40~~

44 Kammer did not give the name and titles to the documents individually, he gave a vague description "SC" documents. Kammer did not cite the ~~the~~ subsections of the alleged violations, he gave a vase description of; ~~the~~ Rule(s) Violated: 17;
Engaging in unauthorized group activities as set forth in Paragraph (B) of rule 5120-9-39 of the Administrative Code." ~~Continued~~....

45 this vague description lacked "adequate notice" of a specific charge, failed to give sufficient facts, and cite the location of the incident (ie; Law library) also (see contraband slip) lacked sufficient process of service, conduct report out of time. The maker of the conduct report, the charging official, the officer who alleged the rule violation, did not write, draw up the conduct report, did not sign the conduct report, and did not testify. Kammer violated due process also. Also failed to forward Mckinney to the Greviance and Appeal process thugh Computer Kiosk.

46. On April 18, 2019 Mckinney was called from the bed area to the Correction officer desk in housing unit A2. The officer stated the R.I.B board was looking for Mckinney all day. The CIO stated Mckinney needed to be there before he got himself into more trouble, before the Yard closed. Mckinney was Surprised and compelled under threat. Mckinney did not recieve 24 hour notice.

47 McKinney Crossed the Yard and entered the R.I.B. upon involuntary arrival. McKinney Immediately objected before the R.I.B agent cited a case # McKinney objected and entered a special afferance on the record. Also Put the board on notice that it lacked subject matter jurisdiction and Personam jurisdiction

48. McKinney also Put the board on Notice that an agreement had already been reached between the Parties by operation of law. LOCI 0319000690 Then he asked about the contract. and McKinney then acquired his Position and asked him was he an agent for LocI and he answered "Yes". McKinney then told him that he was on notice, Notice to the Principal is notice to the agent, and Notice to the agent is notice to the Principal. At that time an

49 At that time an unknown C/O had come from behind and aggressively grabed McKinney, Placing him in handcuffs, making threats and Hostile and controling McKinney's body while he was acquiring information from the agent. At this time the unknown C/O started Stated that "this is not a court room" McKinney told the C/O to state his name for the record, because he was infeearing and making threats. The C/O stated he would not and Put McKinney in a holding cell

50. After Mckinney was placed in a holding cell, and striped of his clothing and legal notes, Mckinney was searched while naked, and made to bend over and lift and spread private parts for the officers to examine for contraband, this search was a illegal search and seizure. Nothing of contraband was found.

51. Mckinney was also ridiculed, slandered and defamed by Passer byer C/O's and including ~~case~~ ~~manager~~ the Case manager in the LPH/Hole who ~~as at~~ requested mckinney to certify his transfere based on a security review. They all called Mr Mckinney "Sovereign Citizen bull shit Mother F_cKer" "Ah ha he don't Know how to talk" "He's a gang banger"

52. The R.I.B hearing officer's, did not assect acquire or rebutt the lack of ~~to~~ Jurisdiction claim by Mckinney. The hearing officer never contested the contractural agreement. The hearing officer's acted without evidence when evidence was required or made a decision contrary to all the evidence, is ~~the same~~ as much failure to take steps to Aquire Jurisdiction at the begining of a proceeding

53 Because Defendant-Debtor's Hearing officers proceeded with out Jurisidiction, it/they were required to allow ~~write~~ witnesses to be called, and to present a defense, the right to be heard. Due Process Violated ~~OAC Ann 5120~~ ~~9-07 (C)(1)~~ OAC Ann. 5120-9-08 (C)(D)-(E)(1)(2) ~~(2) to (2) (d)~~ (E)(2)(d)-(M)(1)(2)-(O)(1)

54. The Defendant - Debtor's Prevented Mr McKinney from honoring his obligation to give credit as agreed upon in the contractual agreement LOCI 0319000690. The defendant's First breached the contract, when Placing the Plaintiff - in LPH/Hole, and officials Failure to respond to Grievance.

55 The Plaintiff countered offered in Place of defendant's exterting or exaction from the Plaintiff Collected through False /Fictitious Fictitious contra band slip & Conduct reports that are Vasue to tell what the charge is exactly in Personam, Service in LPH/Hole, or Unjust Enrichment (ie; Collected from Service in the Hotel) Imposed and Enforced by Prison officials R.I.B and Defendants.

56 This Pecuniary Equity Exacted from McKinney is a Violation of Due Process and Constitueal Constitutional laws of the U.S.C. Amed. And the failure to Provide due Process. Prisoners have no right, or so guaranteed Immunity from being falsely or wrongly accused of Conduct which may result in the deprivation of a protected liberty interest, thus as long as Prison officials Provide Procedural Process requirements, Defendants Failed to do that, Provide Due process.

57 Because McKinney had no bargaining Power, because Cau of the Vasue False charges and No Due Process, McKinney offered credit in Place of exterticn, without Defamation Slander, libel and Societal Stisma Coming upon him. Fed R 8(e) breach of Contract or/and Unjust Enrichment IA the or the account is due for services rendered. The Case is ripe for Jury Trial (Demand). "Special Damases" Caveat

58. McKinney gained Bargining Power, and his status as the secured creditor. during the attempt to extort through false and vague Charges, and the denial of due Process. McKinney could not challenge Phantom Charges Engaging in unauthorized group activities, these appear to be gang related Charges. The Charges also appear to be about gang related documents. There was no way to know, without the Charge and Subsection and Number.

59 Therefore, Defendents could have bounced around from Charge to Charge to Charge, had McKinney challenged the false Vague Charges. Adequate Notice was denied to McKinney, and due Process was denied. Thats why McKinney made a Counter offer and defendants agreed. Thats why McKinney challenged Jurisdiction and made a Special appearance. Defendents Defaulted Administrative Process and failed to give McKinney any of his appeals. Summary Judgment is in order here or Jury Trial (Demand)

60 The defendents are Responsible for converting Constitutional Rights Into Crimes, (ie's Common Law Copyright, HoldHarmless and Indemnity, Power of Attorney In fact Negative Averment Fed R. 8. Attachment "A" definitions). And Creating gang Charges, through circumvention, of the law. McKinney is forced to choose between constitutional rights and false Vague policy, the appearance of Policy. And the defendents violated violated McKinney's rights for filing Grievences, Defendents retaliated for using or exercising constitutional rights. when drafting documents Cited in parch 60.

61 Note: It should be noted that a plea was entered into the hearing officers Report. See ~~Attached~~ Attached, due to McKinney challenging Jurisdiction; The Hearing officer Mayer ~~left the~~ Conclusively left the boxes blank for lack of Jurisdiction. McKinney again asserted and Exercised his rights and made a special Appearance in/at the RIB, challenging Jurisdiction asserting an agreemt was already made, ~~to board~~. The board did not ask McKinney to admit or deny the allegations. or Plead Guilty or Not Guilty. The board Checked the not guilty(box) made a ruling without evidence, and failed to show it had Jurisdiction. See Exhibits attached, and Improper Receipt of Evidence usurpation of Jurisdiction

62 Due to the ~~breach~~ breach of contract, first breached by the defendant-debtors, must release Plaintiff from custody, return the Personal Property, Para 60, Release Ruddak from her Job duties from LocI/ODRC. Release Mike McNee and Co-worker Inmates from Job duties as Law library Clerks ~~Ter~~ Increase more time in Law library. Turn over original copies of Informal Grievence Processes and Copy of decision made by the alleged legal Board. However McKinney gave Credit Sentenced to 90 days LPH and the Conduct Report Rule 17(37)(3) fails, as Invalid. LocI-19-009923

63 Even if the Contract were not valid McKinney still rendered Value/Credit/Services to defendant-debtors and is thus entitled to recover in (Quantum Meruit)(unjust enrichment)(Quasi Contract)(Contract Implied in Law) (Contract Implied in fact)(Restitution) for the Value of his Performance. (ie when servins time in Hole/LPH) Fed 8(e)

64 If not the defendant-debtors has subjected McKinney to slavery or Involuntary servitude.

65 McKinney can recoup for the 90 days service or Slavery, expenses and losses, nominal damages compensatory damages, and Punitive damages Plus $200,000 a day for each day defendant-Debtors took McKinney's liberty and property as security for Same Presumed Value, false, Fraudulent, Extortionate, ~~Purposes~~ Violation of Policy, Purposes. See Rule 8(e) For Alternative Pleadings, as relied on in this complaint.

66 On 4/18/19 McKinney was Placed in the Hole/LPH. As there is no evidence of where McKinney's Personal Property was, 2 Legal boxes 4.8, including Legal Papers and books, typewriter and other Legal Papers at the end of his rack. All was lost because of lack of 24 hour notice to RIB. The defendant's Violated due Process by not giving McKinney an opportunity Prepare a defense, make arrangements for possible departure, handle affairs, Pack up legal documents and or Sort out what he needed or not.

67 On 4/19/19 LOCI-19-001957 is the date conduct report number it was cited for the first time that SOT B. Preston was in possession of McKinney's 4.8 2 legal Locker boxes, Legal Papers, Legal books, and Legal Documents at the end of the rack. Preston Packed #F McKinney's Personal Property 4/19/19. This Pack-up was conducted on McKinney's 4.8 Personal and General Property by Preston himself, without McKinney Present, and McKinney being

68 Placed in the Hole/LPH, and no Notice. Defendant Preston alleged McKinney was over the 2.4 limit. The Defendant did not record a Property receipt or cor write a contraband slip and turn it over to McKinney. McKinney was given an extra locker box by unit Manager Ms Carter, because McKinney qualified, ‡ due to active litigation in the Courts, he recieved an extra 2.4 equilivant to 4.8 space for legal legal materials.

69 Preston committed theft when he took 2.4 of the 4.8 space of legal space, contains McKinney's Legal Book and Legal documents. He done this by taking 2.4 space, picking General items of over Personal legal Papers and books outside the Presence of McKinney. Preston was aware that he was in violation of the law, because the box had a document drawn up by Ms Carter that represented McKinney was entitled or allowed to have 4.8 2 Locker box's. this document this attached to the box. By Preston having Notice, and still took 2.4 of legal space off the top, Where legal books and Legal Papers occupied that space, and Placed General

70 Property over Court Legal Papers, making legal a Legal determination. And Denied to access of the Courts, conspired to deprivate rights, deprivation of rights, and extortion of rights and theft. Had McKinney had Adequate Notice, McKinney would have Packed his own Property up, and would have Choosen Personal Legal Papers over any clothing, Food, TV, Shoes, or general Property. Due Process was denied, Notice and the right to defend were violated. Defendants committed theft & Larceny.

71. The Defendant's including Preston did not give Notice of the Specific Charges in Conduct Report LOCI-19-001957. Preston cited Rule: 51, "Possession of contraband, including any article knowingly possed which has been altered or for which Permission has not been given." Defendant did not cite Subsection Letter and Number, Place of the Incident, did not describe what occurred, or state support to facts. Defendant's Improper Receipt of Evidence, when he failed make a Property Record - Disposition and Receipt of McKinney's Property.

72. Defendants Conduct Report is vague and failed to give Specific Notice. The Defendant claimed he conducted the Pack by "himself" or by hisself due to McKinney being over the limit in Property Property. Defendant Preston did not say "due" to McKinney being in the Hole. The defendants claim is vague, and there was no facts or rule violation to give McKinney Specific or Adequate Notice of Charges, or why McKinney's Personal Property was Packed up. One can assume but adequate Notice is required. McKinney had Permission to have 2 locker boxes.

73 The Defendant did not show any evidence of McKinney being over the limit, and did not show what was not Packed up. and failed to give notice, and did not allow McKinney to be Present, in violation of due Process. The Defendants lacked Subject Matter Jurisdiction, & Personam Jurisdiction. And usurpation of Jurisdiction.

73. Defendant's Stole all of McKinney's Legal, Educational and General Books. Retaliation, Conspiracy against rights 28 Deprivation of rights under Color of law.

74. On 5/15/19 After was Mr. McKinney was still being giving Compelled Services in the Hole, when he was Packed up and inventory, again, in Violation of due Process, without a Conduct report, a Contraband Slip and having Violated any rules or Policies. Defendants retaliated, conspired to deprivate rights, deprivation of rights, theft, Larceny, Violated Due Process, Failed to give Notice, and denial of access to the courts. McKinney again was not Present, and was not Presented with a receipt until 5/16/19 the day of his illegal transfer from LoCI to RCI.

On McKinney refused to sign the receipt Presented to him by Unknown STG Agent. The receipt appears to not have a Signature but initials appear to be O. B. C., dated Staff 5/15/19. See Attached. The receipt Labled items that were not in the Pack up. The Pack up only Contained 2 Small bags of legal Papers. It was missing more than a box and a half of Books and Legal Papers. There were no Books as the receipt Labels. The STG Agent. Agreed The Agent asked McKinney to sign before see Seeing the Pack up, originally

75 McKinney refused and then the Unknown STG Agent Presented the two small net bags of legal Papers. And then an Unknown agent took the 2 Small base bags out Side to the and based upon Information and belief he took the bags and did not Put them on the bus.

76. The STG cosrt wrote on the receipt under the "Contraband" Word "Contraband" 2 Bags Legal Work. This made the last of McKinney's Personal Legal Documents Contraband. Again Punishing McKinney without Due Process, Notice and the right to defend, retaliction, Conspiracy to deprivate rights.

77 On 5/16/19 McKinney was transported from LoCI to RCI and receiving his Property the two small Legal bags were missing once at RCI. The C/o told McKinney if he did not Sign the Receipt he would not set his Soap, Shampoo, shower shoes and other Hygeine items. McKinney signed without Predudice to reserve reserve his rights to challenge the missing Legal Personal Property. C/o S.Gregory wet wrote in the "Contraband" area "Missing Legal mail 5/16/20A S.Gregory."

78 Again McKinney's due Process was violated McKinney was also Placed back in the Hole upon arrival at RCI.

~~79 On or about 6/18/19 McKinney Exhousted Filed administrative remedies at RCI to RCI RCI and LoCI about Legal documents Incident # RCI 05 19 000 418 C/O Blackwell responded~~

79. On 5/24/19 McKinney Filed his administrative remedy, Informal complaint, at RCI concerning all of his Property missing, Legal Documents. RCI & LoCI Procedurally defaulted defaulted by not responding to the informal complaint, a normal Practice of defendents. Defendents allowed McKinney to move forward to Grievance 6/4/19, McKinney responded. Completed Grievance. 6/18/19 (D. Blackwell) from LoCI

80 responded to the RCI grievance ~~and not an RCI~~ ~~escort.~~ LocI's Blackwell stated that he was in receipt of McKinney's (NOG) Notice of Grievance regarding two small bags of property when McKinney was transferred from LocI to RCI on 5/16/19, that McKinney did not state what was missing. That McKinney needed to be more specific as to what is missing from his property. That he needed a property receipt. That he had nothing to go by, and the NOG is denied. (Blackwell failed to address the 4:8, ~~2 Legal~~ two Legal Boxes.)

81 6/18/~~20~~19 (Closed Inmate Form - Disposition: Denied) On 6/19/~~20~~19 Defendants allowed McKinney to move forward to appeal - ~~Escalated to Appeal.~~ McKinney wrote: "For this administrative remedi is exhausted". On 9/13/19 (A.Lee) wrote: (Additional time needed) On 10/8/19 (A.Lee) wrote: (Affirmed) On 10/18/19 (Closed Inmate Form - Disposition: Affirmed.

82 On 6-13-19 McKinney's property was transferred to MacI and then transferred to RCI on some unknown date. The receipt was found by McKinney in his property when he was called to retrieve a small portion of his property on 6-19-19 or 7-30-19. ~~So~~ More than likely the 7-30-19 date. The 6/13/19 receipt showed (Legal mail)(2 bags of Legal Books)(RA) Reasonable-amount.(2 Trimmers)(10 Beverage)(15 Cake & Pastries) (20 Coffee)(10 Seafood) This receipt was found in ~~ta~~

83 Some other lesal property was McKinney was called to pick up at R&D either on 6-19-19 or 7-30-19. To be clear McKinney didnot receive none of the property from the MacI 6/13/19 receipt found by McKinney on 6-19-19 or 7-30-19, but only found this receipt in later transferred Property.

84 Based upon information and belief, McKinney believes that the 6-19-19 or 7-30-19 Packs was the 6/13/19 Packs Pack from MacI sent to RCI Agents (ie intercepted) by RCI Agents, sorted through, stole, theft larceny. McKinney believes this taking of property by RCI agents took place days or hours before McKinney arrived to pick it up. Could have been weeks The RCI agents blew there cover when they failed to get rid of the MacI receipt, 6/13/19. Note: McKinney has never been to MacI. But his property has. by LOCI Agents, sent to MacI. been sent to MacI in retaliation by LOCI agents.

85 The day McKinney found the MacI Receipt, 6/13/1 is the day the Person, RCI agent turned the property over to McKinney 6/19/19 or 7/30/19, that agent made a new receipt, not knowing he had given McKinney the MacI 6/13/19 receipt inside the ramshaked property. At that point McKinney was going through his property, looking for certain items to see what he could find, found the MacI receipt, found evidence that atleast there was a Blacks Law dictionary was in there at one

86 Point and time, because torn Passes were Present in this Pirticular Pack. Also ~~Admirality~~ Admirality Pages from American ~~Jurisdo~~ Jurisprudence book was found (RCI Agent requested Mckinney sign a new receipt)

87 Mckinney Was either called or given a Pass to so retrieve Property on dates 6/19/19 and 7/30/19 on seperate occassiens

88. D. Blackwell, A. Lee Warden Robinson ~~Warden~~ warden Morgan, RCI, LoCI and its agents. Knew about mckinney's Property but on ~~fefe~~ record claimed to not Know of this Property. When they were the one's controling the Property. The ~~Defendants~~ touched Searched, Seized, Stole, Packed up ~~the~~ Mckinney'S Property More than Seven (7) times in one tranfer of Mckinney from LoCI to RCI (eg: there shauld have been one Pack up, ~~s~~ for one transfer) Not ~~one~~ 7 Pack ups for one transfer

89 The receipts and Procedural and Evidence is exhibited. The ~~Defendant~~ Debtors conspired against rights of the Plaintiff, Conspired to Deprivate rights under the color of law, Denial of access to the courts, Prevented Plaintiff from Due Dillisece in his criminal case 05 CR-10-7130 ~~that~~ he is innocent. Prevented Mckinney from gaining a higher Status than inmate for his Benefit, Defendants has in creased Mckinney'S Security level and added a Social Stigma of a gang members and ruined his ~~reputation~~ Good reputation in Prison and Society. And retalieted on Mckinney. ~~and~~ cruel and unusual Punishment ~~those~~

90. The defendants has prevented Mckinney from raising his constitutional violations in criminal case 05-CR-10-7130 By destroying 14 yrs of legal research, theft, holding legal materials.

91 Mckinney would have raised Prosecutor misconduct for violation of Confrontation and the right to confront his accussers, when the prosecutor argued that he was not offering officer Brian Jacksons testimony for the truth of the matter asserted, when counsel objected and and requested a limiting instruction. The prosecutor then disguised Jacksons hearsay testimony, by refering to him and using the title (the first officer on the scene), So that any suspecting Jury, Defendant or listner or counsel would **not** Know that he was in-fact relying on Jacksons hearsay hearsay testimony, about a "fat black male with dreads"

92. From Some unknown Phantom out of court witness. At which the prosecutor relied on another witness test-imony by the name of Terrell Craig who was a witness of the events and not the shooter, who also gave a self serving description, of a "fat black male with dreads" that no officer cooroborated that Craig gave this description, If there was an officer he is unknown also, and a Phantom, Just like Jacksons Phantom witness.

93 Had defendants not interferred Mckinney would have argued that Jacksons Phantom witness and Craig's Phantom officer, violates the right to cross-examination.

94 McKinney would have argued for a new trial and actual Innocence. That the Prosecuter violated Confrontation and cross-examination, when he argued for the first time at closing arguments the officer Brian Jackson was the first officer on the scene, and Terrell Crais was the Phantem witness that gave Jackson the description. McKinney would have argued also that the Prosecuter violated Confrontation because he argued McKinney was guilty because he matched ↑during closing arguments that the description offered by Jackson, that it matched crais's. ↑description

95 By the Prosecuter arguing that McKinney is guilty be- because he matched the descriptions Jackson and Crais gave, this leaves the Phantem witness Uknown and the Phantem officer unknown. This leaves McKinney open to Violations of his Confrontation rights. And allows the Prosecuter to use Circumstential Cooborated hearsay as Identification. descriptions as identifications.

96 McKinney would have argued this allows the Prosecuter to proceed without an out of court identification, and to interchange the word description for the word identification a trap for the weary Jury, or the Unsuspecting, weary witness who believes his description of a person is an Identi- fication, and Vice Versa for the Jury, beleiving the description is an Identification, when in-fact its not.

97 This allows detectives/officers to gain descriptions from witnesses for any reason, without identification. And allows officers to adopt descriptions of suspects in custody, there custody, of the witnesses who in there custody, who from

98 Gave a description of suspects in there custody without identification, Create the description from the apperance of the suspect they have in custody, or Imagine or create a witness, who gave the description of a suspect a officer has in his custody, without identifying the witness who gave the description for the purposes of Matching the description, from the unknown witness, to the witness in-custody description, to later say the witness in-custody is also the ~~witness~~ the unknown witness the officer created in his mind, that both witnesses are one in the same,

99 Without identification or Cross-examination. for the Prosecuter to later ~~argue~~ that the defendant is guilty ~~the description~~ ~~match, offered~~ because the descriptions match(ie; the artificial construct created in the officers mind the unknown witness description, and the witness in custody description) with the added effect of the officers or detectives, telling the witness in-custody we found G.S.R on the suspects clothing, coercing the witness in-custody to Make a later postive identification based on the Presumptuous, unreliable Predudicial Evidence, (ie; it had to be him) becuse G.S.R is on his clothing, without a positive identification, unaware G.S.R gives of false negatives and false positives, relying on the Presumed G.S.R in place of Eyewitness identification

100 The Defendants have ~~made~~ the exercise of constitutional rights to become an offense, rather ~~to~~ than an opportunity to become convicted. And have become offended and defensive and has brought accusations against McKinney, who has

101 brought Correction. by exercising Constitutional rights but has exacted upon him some trespass or violation of there police they or have amplified and accentuated to shadow there own ~~transgressions~~, conspiracy to deprivate McKinney's rights.

102 The Defendants has exploited all ~~my~~ McKinney, Stratagies defenses, personal Legal Property, evidence, and ways of getting out of Prison. Taken. 14 yrs of research. read all his mail. taken his own research material. taken away adequate time ~~for~~ in the law library. Prevented and has stoped him from getting law books thrash the Mail, with difficult burdens of Showing a receipt. Random Shake downs destroying and placing legal Property completly out of order, taking away months of Preparing a Proper action, hiding behind its Immunity

103 Putting or Keeping McKinney in a cell without a light. So he cannot file and Prepare ~~proper~~ Legal Papers, ~~file ST Even Pre~~ Preventing McKinney from showing due dellisence in the Crimnal case, which misht hurt his camined case, has Prevented McKinney from getting expert testimony, and Preparing it. Defendants has stoped McKinney from showing how the Prosecutor ~~seet~~ James Mayer and Zach Scott Et. al how they Committed falsities and Fraud. McKinney would have demonstrated how the Prosecutor Stentel Jackson was not going to be used for the truth of the matter asserted, because McKinney trusted the Prosecutor, that he would be truthful.

104 that he would not use Jackson to cooborate cant identi-
fication, which he did, and made it complicated to meet
court deadline, discovering any constitutional violation
concerning Jackson and Terrell crais, because of the compl-
ication of this issue, and the prosecuter falsly mislead
McKinney, cooborated by Zach Scotts creating an identification
out of circumstantial evidence bootstraping reliability, using
many hearsay witness! Deceptively with intent. To show this
would take much time, and much time it has taken
including the acts by defendants. Which prevents McKinney from
demonstrating this. McKinney must focus on defendants now
to prevent continuous collateral attack.

105 Defendants has prevented McKinney from presenting his
Double Jeopardy claim back to the trial court or Habeas ect...
McKinney would have been successful had he had an
opportunity to present it. See CV No 2:14-cv-1992 Magistrate
King stated "This court likewise concludes that petitioner's third
claim- that his convictions should have been merged in accor-
dance with Ohio's law on allied offenses of similar import
and the Double Jeopardy Clause- a federal issue appropriate
for review in these proceedings."

106 McKinney would have likely been successful on his
confrontation claims, one mckinney would have argued and
presented, that the prosecuter argued during closing McKinney was
guilty because he match the description offered by the unknown
U.S.V. Crump. And other confrontation claims, the trial
court abused its descretion, allowing hearsay testimony in
place of carmen Carlene Evans

107 Defendant's at RCI violated Mckinney constitutional rights when it gives Mckinney approx and other inmates to approx 16:15 hr a month to research and file legal papers. When at LoCI Mckinney received 25:30 hr a week See Jay Pay 3/18/19. This is not enough time to research and file any legal paper properly. Defendant's also

108 requires Mckinney and or inmates to physically show physically by documentation that they have a deadlines, or they can not get more library time law library time, Even if federal Law Statue of limitations began to run automatically from the day of an incident. Defendants will not cooperate or follow federal law. Et Denies Mckinney access to the courts, and inmates alike. Defendants also

109 On 8/27/19 Announced Jpay Representative/RCI Announcement received from ODCR Assistant Chief Counsel resarding book orders: Defendants violated Mckinney's right to ess access the courts, by not allowing donated books from approved venders, to a specific inmates. That if sent to a specific inmate and not donated to the Instution RCI will not accept the books. Asterisks Printed Material may not be received without Prior approval. Inmates Cannot receive books from approved venders that give free books to inmates including Doris Press, Redbird. Appalachien Book to Prisoners Prisoners.

110 The Defendants Stated in the 8/27/19 Jpay Announcement "Books from Venders - Pay attention to this - it's a bis Chanse from what we do now!

111. The Defendants made big change by not putting it on the books or in Policy, or Administrative rule, and didn't give notice and violated due Process.

112 The big changes are burdensome and denies Inmates acces to the courts, by going from an approved vender to an approved visitor, but the books and materials have to come from an approved vender. It just can't come from an approved vender. And the approved visiter can't dust Send the book.

113 The defendants claim the big change, that is the books are Subject to review, the Printed material must be directly Sent by Publisher and the Package must have, include, ① a receipt, ② a order number, ③ the items Purchased ④ the Person who Purchased them. Defendants claims this is the big issue. Because 75% percent of the books that come in don't have a(receipt). That Majority of Amazons books dont have receipts. Defendants emphasizes to remind family/friend that if ordering from Amazon, it has to have a receipt. Defendants also gives tips,

114 Defendants states. "Helpful hint -- Barnes and Noble always seds a receipt. Sends a receipt."

115 The Defendants Violated Due Process failed to give notice, and it is not rule or Policy. Defendants has Placed the burden on the Plaintiff and or Inmates Inmates to Produce a receipt, when the Plaintiff or Inmate has no control of that, the approved vender or Publisher is the Sender of the books and that is all that is required

116 The defendant causing the Plaintiff and/or Inmates hardship by spending unnecessary money to buy the book and then forced to send the book back to Publisher or home and Pay for mailing, making big changes without notice. Forcing Plaintiff or Inmate Inmates to produce receipts, and the name of the person who sent it. Forcing ot the Inmates to buy books from Barnes & Nobles, and to not buy from amazon, also by stoping the free books from coming to Inmates, because free books never needed a receipt, and ordering books from

117 Amazon or Barnes and Nobles never needed receipt. Defendants are Monopolizing the inmates industry and bought and sold books, and the book industry, from the inside. This is why Defendants send 75% of of books back, Majority Amazons books. These unlawful changes denies Plaintiffs and Inmates access to the courts to order law books and other materials concerning rights. Defendants have taken all Plaintiffs books and he can't order none. This is Constructive and actual violations.

118 There is no way to know if books are properly sent or if there not. Defendants can easily say the books don't have a receipt, and deny Inmates access to the courts. There are so times when property or mail has been sent without Plaintiff knowing it came and left. No notice.

119 Inmate Dontez Johnson has been denied to his legal books, Inmate Victor E. Guerrero has been denied his legal books, and he orderd from Barnes & Nobles and they didn't send a recept the 8/27/19 Announcement says, that "Barnes and Noble always sends a receipt" McKinney & Guerrero was denied these books, due to no receipt.

120 Defendants forced McKinney to send his, Hond II ee electric guitar home, without Due Process/ Defendants claimed guirter was not permitted at RCI, due to the false Rule 17 Charge, and increase in security. RCI threatend to destroy guitar often.

121 Defendants at RCI Denies Inmates access to the Courts when when they call Inmates to the library 20 - 30 minutes late every time inmates have Law library, Subtracting more than one hour from sixteen hours and fifteen minutes a month. RCI Defendants by closing the Yard takes entire Law library sections, hours at a time. Defendants interfer with the Law Library by running store or other activities at the same time of law library making the inmate miss his Law Library time, or having to chose between Law library or shower or other activity.

122 This This denies Plaintiff or Inmates access to the Law library and most to or latter access to the Courts. RCI Lacks the capacity to care for the or maintain the over crowded population of inmates there is only one library Law Library, for both sides of the instut insitution, because over population, more rule of law and discipline is used on inmates because of over crowding this is cruel and unusual punishment, and denial to access the courts

123 Defendant Bonnie Morgan has also denied Plaintiff McKinney access to the Courts when it Provided Lexis Nexis the to the Plaintiff inside his cell on his/the GTL tablet for imediate use at anytime, for research, case law rules and Procedure, and deprived Plaintiff his right to access the Courts and Due Process, when it Suspended access to Lexis without Immediate or adequate notice, and Due to unforeseen Circumstences that gave only reason no reason no legitimate reason for taking this right from McKinney and or inmates. This right was taken while McKinney's was in Preparation of this civil action. While Lexis Nexis in the law library is very limited. Today law library was closed due Corona virus March 12, 2020. This Civil action has been Impeded by the defendant's through and through from the time off the incident or event, Defendant's has Played an effective role in Preventing the Plaintiff from filing an effective action or Perfecting this action every step of the walk.

124 Again on March 12, 2020 Defendant Morgan denied McKinney access to the Courts, when it denied Plaintiff McKinney access to books. Defendant Morgan sent McKinney "a notice of of an unauthorized Item Received" and a letter from ass.stance chief counsel regarding book orders: Book donations (Free Books) But this letter was an altered or Amended version, with omissions and additions. (ie; different from the 06/27/19 JPay Payton kiosk). Defendant has failed to give notice of the senders, Name of Person, or business to Publisher, title of book or Item. Defendant has labled the item Nuisance Contraband because of no receipt. See Paragraph 109-120 Defendant denies Plaintiff access to the Courts Demanding receipt from Plaintiff or Inmates.

125 Defendant Paddock committed theft, theft by extortion, extortinate credit practices, Larceny or by theft. When it charged Plaintiff McKinney's Debit account for his Personal Property then Conspired and took, encroached, encumbered the rights and or personal Property in violation of of 18 USC 241-242 42 USC 1985, 18 USC 872, 18 USC 641 Fourteenth, Fifth, Eighth Amendment to the United States Const.

126 Defendant Paddock, Kammer, Frye Intermeddlers. Interfered Prevented Plaintiff McKinney from settling account for full Penal Sum account #05-CR-10-7130, Where both Parties at the outset or at the trial agreed Verbally or tacitly or Implied and or later written, that the other Would Indemnify, Anthony-Lamar: McKinney if the other failed to Pay, (ie) Release from Prison, Release from surety, Subrogation, Indemnity Security from loss or damage or Paiment for loss or damage) Defendants intermeddler interfered and Irreperabr Injured ~~damaged~~ Plaintiff McKinney. When it Prevented McKinney from receiving his established rights, when Meddling in the affairs of McKinney, Defendants Prevented Plaintiff McKinney Secured creditor from Perfecting a security interest Charged Plaintiff's debit account, Conspired with Co-defendants and Extorted, theft, Larceny his rights, Property rights, ~~Personal~~ Personal Property, Due Process rights, False and/or Vague Charges, Defimation, Slander Social Stigma Libel, Yelling Penetrating Slurs "Soverign Citizen" at McKinney and transferring ~~this~~ to documentation and making a record of it, sending it to GDRC, Attorney General ~~office or~~ other ~~insuti~~ ~~insutions~~ institutions and eventually to Police Agencys.

In Violation of Fifth, Fourteenth, Eighth Amendment to the United State Constitution and Laws and Statues 18 USC 241-242, 42 USC 1985, 18 USC 872, 5 USCS 8116 (c), 28 USC 1127 and or 28 USC 2671

127 Defendant's - R.I.B Board members # LOCI - 19 - 0018 23 & LOCI - 19 - 001957, includng B. Preston, Robinson Kammer, Paddock. Known or should have known it forfeited its Immunity when it committed offenses, when it Usurped and Lacked Subject matter & Personam Jurisdiction. Defendants failed to acquire Jurisdiction, and failed to provide any procedural due Prcess, or coercive technic to acquire Jurisdiction, bluntly Violated the 13th Amendment and committed the offense of Slavery, Violated the 14th 6th 8th 5th 5th the United States Constitution 5 USC 556 (d), 42 USC 1985, 18 USC 872. Servitude without just compensation, against Unjust Enrichment, Debt on open account Mckinney right, liberty interst to be free from administ- rative segregation, where his conduct had not warranted such restraint. Defendants are in debt for 90 days Slavery in LPH/ hole.

128 Defendant Preston under color of law, Known or should have Known, without Due Process and without Jurisdiction forfeited his Immunity when it committed offenses against Laws and statues of the United States Constitution. 8th 1st 5th, 14th Amendments, 18 USCA 641, 18 USO 18 USC 241-242 42 USC 1985, 18 USC 872 5 USC 556 (d), and the rights of Plaintiff Mckinney when it committed theft larceny and denied Mckinney access to the court when it took Mckinney 4.8 Locker boxs of Legal Property for Court filling and evidence of constitutional rights, faild to give due Process

129 Defendant Frye and unknown escort C/O under color of law without Due Process or Jurisdiction str Known or should have Known it forfeited Imunity when it committed offenses against Laws and statues of the United States of America 18 USC 241-242 § USCSSCd) Fourth, Fifth, Eighth, Amendments 18 USCA C641 and Fourteenth Amendment, when it illegally searched and seized, the the documents mik McKinney Paid Paddock for the Co-defendent of Frye. Defendants also Brandished it's weapon mase and threat of hole times for McKinney's Property. Defendants failed to record the name of the documents illegally Seized, and called them Sovereishn documents. As Paddock yelled "Sovereign citizen". Frye failed to write the Location of incident, and back Supporting facts, and unjust enrichment cited in contra bond slip.

130 Defendant's RIB Board and or Robinson under color of law Know or should have Known it forfeited its Immunity when it committed offenses against Plaintiff and Indured and damaged McKinney, mental anguish when made to strip Naked and spread buttox and other Private areas for nothing and for free, without due Process and Usurpation of Jurisdiction based of false Charges and extortion of Due Process. In violation of the U.S. Const 8th 13th 5th 14th 5 USC SS6Cd) Civel and unusual Punishment

131 Defendants Paddock, Frye, Kammer, Preston, RIB, Robinson, O Blackwell forfeitd its Immunity when it retaliated when it converted Constitutional rights into crimes or violation of Policy, when McKinney wrote a complaint on them, and Paddock Printed Constitutional allowable documents for Plaintiff McKinney, they called unauthorized organization. or group activity In violation of 1st, 5th 8th, 14th to the USa Cont. Amend

132 Defendants - Presten, Blackwell, Robinson, R.C.I., Morgan under color of law known or should have known it forfeited its immunity when it retaliated, when it conspired to deprive Plaintiff of his rights, when it conducted a Pattern of conduct transferring, controlling, searching, Packing up, Stolen theft Larceny, tampering with evidence in an ongoing case, destroying 14 yrs of research, of Expert correspondences, writing by Plaintiff or laws and his rights. Controlled or Searched the Property more than (6) times, during one transfer from London to R.C.I. Defendants violated McKinney's rights Packing his Property up and searching in that many times for one transfer. In violation of laws and statues of the United States 4th 5th 8th 14th Amendments. 18 USCA 641, 18 USC 241-242, 42 USC 1985, 18 USC 872

133 Defendants Paddock et. al Denied Plaintiff McKinney's rights rights to due Process and Access to the courts, and to act in due diligence with the courts. When defendants encroached encroached and/or an encumberd, to theft or Larceny, deprived McKinney the right to Possess his tensable or intensable rights meritorious right to a deduction of 14-15 yrs in violation of the Double Jeopardy Clause by the Columbus courts of Common Pleas or State actors, 5th 8th 14th 1st Amendments to the U.S. Const, when it committed theft of his legal Papers 18 USC 641

134 Defendants Paddock et. al Denied McKinney his rights to due Process, access to the courts, Due diligence, when defendants committed theft Larceny when taking legal Property of rights and constitutional violations, denying McKinney his right to Possess his rights to confront and cross-examination

and full and fair hearing and full cross-examination of Brian Jackson & Terell crats et.al Prosecuter Misconduct, In Violation of the 5th 8th 14th 6th Amend to the U.S. Const.

135. Defendant Morgan Violated 1st 5th 8th 14th Amendment to the U.S. Constitution and Due Process and Access to the Courts when It schedules only about 16:15 hr a month and Inmates and or Plaintiffs may only receive 3-12 hr a month, where at LoCI Plaintiff McKinney recieved a substantial more amount a week.
~~Defendant~~ Morgan also requires, Inmates to show a deadline of a document from the courts to get extra time In the Law library, regardless of Federal law Statues have already Silently started to tick, Defendant will not cooperate or ~~@~~ Abide by Federal law

136. Defendant Morgan Violated First Fifth and Fourteenth Amend to the U.S Const, when It denies Plaintiff McKinney and or Inmates rights to access the courts when defendant requires Plaintiff / Inmates ordering from approved venders, to send books home or back to approved vender, if the vender does not send a receipt, denying Inmates and or Plaintiff excess to Courts ~~due to~~ due to the new ~~unoffici~~ unofficial ~~requireme~~ requirement ~~for~~ Inmates must make Publisher send receipt. And Defendants had Denied access to the courts when It refuses ~~to all free books In~~ allow free book came directly to Plaintiff. Defendants claim ~~must~~ books must be donated to the Institution and not the Inmate, based on receipt and monopoly to hoard Inmates ~~@~~ to by from a certain publisher.

139. Defendant - Kammer, and or Robinson the delegated forced Plaintiff McKinney to contract and set safe guards when they exterted him, when he had no adequate remedy at law. Defendants Created Fals and Vague Charges in contra band Slips and conduct reports, and complatly denied McKinney Due Process. McKinney Contracted to sive defendants credit without exter tion and Denied Arbitration, by operation of law defendants acquiese, was sufficient for Plaintiff, Defendants attempted to respond but failed to respond timely, therefore defaulted. Defendants then breached by Placing Plaintiff in the hole/ Sentencing to 90 days. Defendants owe in Quantum meruit $ feel R 8(e) and "Special Damages" $ 9(b) Admaritty/Maritime, and or In Violation of the 8th 14th 5th 13th 7th Amend to the U.S Const. 18 USC 241-242, 42 USC 1985, 18 USC 872. McKinney Performed his Promises when Placed in hole, or when Defendants Breached McKinney Performed.

## IV. EXHAUSTIN OF LEGAL REMEDIES

138 Plaintiff Mckiner used the Prison Grievance Procedure that has been up dated to Computer filings (Kiosk), too try and solve the problem. Mckiney Exhausted it or Defendants failed to respond of or send mckiney electronically to the next step, Still is exhausted, ste or Defendants defaulted.

See for Exhaustion: LOCI 0319000690/LOCI 0419000 248/RCI 0519000418/RCI 0619000048/RCI 091 9 00 1718/RCI 0919003777/RCI 1019001820/RCI 1019003903/RCI 1219000993/RCI 1219004383/RCI 012000556/~~RCI 0190000~~/RCI 012000 1146/RCI 0120001148/ Mckiney wrote Institutional Inspector of rehabilitation & corrections Feb/11/2019 to resolve and Disputes or Appeals.

## V. LEGAL CLAIMS

werefor, plaintiff prais that this court enter Judgment

139 Plaintiff realless and incorporate by reference Paragraph 1-139

140. A declaration that the acts and omissions described herein violated Plaintiff's rights under the Constitution and ~~torts~~ Laws of the United States

141 A Preliminary and Permanent injunction, rather Permanent ordering defendants, Kammer, & Robinson, Morgan to LOCI, RCI to delete any "Negative Entry" Concerning any Rule 17 Violation, ~~Unauthoriz~~ Engaging in unauthorized Group activities Paragraph (B) 5120-9-37 of Admin Code. Delete any languge from records Concerning "Sovereign citizen." Or any other gang name Plaintiff may not

Know about, any other erroneous lables or gang associations
Defendants may have Placed in or on any record of Plaintiff
McKinney of dates 3-18-19 or 4/9/19 and any or other date and
it must last Perpetuity, including any other agency Defendants
may have sent this information to, it must be deleted, and gang
unauthorized group, or "Sovereign citizen" langage or records, or
Case # LOCI - 19 - 001823

142 Ordering: Defendant's Frye, Kammer, Robinson, Morgan, B. Preston, to Delete
any Negative Entry of contraband tickets or conduct reports
Concerning LocI-19-001957/LocI-19-001823 and
and other agacy any other agency that defendants sent the
defamation to.

143 Ordering: Defendants, B. Preston, Robison, Morgan, RCI
agents, LocI agents, to release 4:8 Lesal Papers,
Legal books to the custody of Anthony-Lamar: McKinney
and Food and General Property, cited in receipts, Inmate
Property records

144 Ordering: Defendants B. Preston to retrieve type writer
from Inmate Levon Millan and Return it to the custody of
Anthony-Lamar: McKinney at R.C.I

145 Ordering: Defendant warden Robinson to retrieve Lesal Papers
and book he sent to MacI, and Return to the Custody
Anthony-Lamar: McKinney

146 Ordering: Defendant Donnie Morgan to Return Die
Jim Crow books, Ameec News Papers, Admiralty Packet
American Bulliten News Papers, Blacks laws dictionary
And other Lesal Material and books.

147 Ordering Defendants at LoCI R. Kammer, N. Robinson, Donnie Morgan the delegated to honor contract, Release Anthony-Lamar: McKinney from Custody, Release Personal Property, Paddock and Frye taken, Release Denise Paddock from her Job duties from ODRC, Fire or Release Mike McNee and his co-worker from the Law Library, Open Law Library for an extra hour and or open timely consistently Subject to Contempt, failure to follow this order. Note: Documents taken by Frye, printed by Paddock, Common Law Copyright, Hold Harmless and Indemnity, Power of Attorney in-fact, Negative Averment, Attachment "A" definitions.

148 Ordering: Defendants to reimburst a Hondo II Guitar Donnie Morgan.

149 Ordering: Defendant Donnie Morgan to allow books inside the institution without a receipt. Also allow Inmates to recieve donated books without a receipt and allow individual Inmates and Plaintiff McKinney to recieve books from approved vendors, Amazon, Doris Press, Red Bird and Appalachian books to Prisoners. Also take the stipulation off that approved vistors have to send books or order books. I should state anyone can order books from approved venders, for Inmates.

150. Ordering: Defendant Donnie Morgan, not to retaliate against Plaintiff, directly, indirectly, Constructively, or by and through others, and this order should follow Plaintiff McKinney where ever he may be in Ohio institutions and any other warden. Failure to follow this order

defendants shall be found in contempt and brought up on charges, and fines and penalties in accordance with Federal Law and statues.

151 Ordering: Denise Paddock the intermeddler, the "Party of Interst" in the matter relating to Case # 05CR-10-7130 has assumed liability, full liability by the act of her voluntary encroachment or ~~Int~~ encumberance, and discharse Anthony-Lamar: McKinney and transfer suity Ship to Denise Paddock

152 ~~Compensatory~~ damages in the amount of ~~$175,000~~ $200,000 against each defendant Jointly and Severally. Except for Defendant Donnie Morgan Shall not Pay unless he fails to follow any order. He Shall Pay if he fails to follow any order or any retaliation against Plaintiff-McKinney at any time. Retaliation shall be determined by Plaintiff McKinney. (ie;$200,000 Jointly and Severally).

153 Punitive damages In the amount of $50,000 against each defendant. Except Donnie Morgan Donnie Morgan Shall not Pay unless he Violates any order, or retaliate against Plaintiff-McKinney ~~at~~ at anytime for any reason.

154 A Jury trial on all issues triable by Jury

155 Plaintiff's cost in this suit

156 Any additional relief this court deems Just Proper, and equitable.

Demand for Jury by trial

Date: _Anthony McKinney_

Respectfully Submitted

Anthony McKinney
16149 State Route 104
P.O. Box 7010
Chillicothe, Ohio 45601

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Chillicothe, Ohio on 3/14/2020

_Anthony McKinney_
Anthony McKinney

DRC4018

# Conduct Report

| Institution: LOCI | | LOCI-19-001823 |
|---|---|---|

| Name: MCKINNEY, ANTHONY L | | Number: A519194 | Lock: A/2/116T |
|---|---|---|---|

| Date/Offense: 03/18/2019 | Time/Offense: 03:00 PM | Location: | |
|---|---|---|---|

| Rule(s) Violated: 17 |
|---|
| Engaging in unauthorized group activities as set forth in paragraph (B) of rule 5120-9-37 of the Administrative Code |

**Supporting Facts (Describe what occurred and how the inmate violated the rule[s]):**

On 3-18-2019 inmate McKinney 519-194 was found in possession of documents that were believed to be associated with the unauthorized group "sovereign citizens". After reviewing these documents, they are in fact documents that are associated with the unauthorized group "sovereign citizens". Inmate McKinney 519-194 is in violation of rule 17: Engaging in unauthorized group activities as set forth in paragraph (B) of rule 5120-9-37 of the Administrative Code. (B)An inmate shall not knowingly or intentionally engage in, whether individually or in concert with others:(1)Forming, organizing, promoting, encouraging, recruiting for, or participating in, etc., an unauthorized group; (2)Possessing, creating, reproducing, using or circulating, etc., any material related to an unauthorized group; (3)Communicating support of, association with, or involvement in any unauthorized group. The form of communication maybe verbal (written or spoken) as through codes, jargon, etc., or non-verbal(conduct as through hand signs, symbols, displays, drawings, graffiti, distinctive clothing, hairstyles, colors, ornaments, etc.; (4)Participating in criminal activities, or disruptive activities such as disturbances, riots, fostering racial or religious hatred, or union activities; and, (5)Violating institutional rules or directives or state or federal laws.

(Use Conduct Report Supplement sheet, if needed)

As the Charging Official, do you wish to have input into the disciplinary proceedings? ☐ Yes ☑ No

| Printed Name: Kammer, R. | Signature: |
|---|---|
| Shift: Flex | Days Off: SSH | Date: 04/09/2019 |

A copy of this conduct report was
served upon the above-named inmate on: _____ April, 12 _____ 20 __19__ , at 10:27 AM.

| Staff Signature: |
|---|

I acknowledge receipt of the conduct report on the above stated date and time:

| Inmate Signature: refused to sign it | Number: A519194 |
|---|---|

# Conduct Report

| Institution: LOCI | | LOCI-19-004823 |
|---|---|---|

| Name: MCKINNEY, ANTHONY L | Number: A519194 | Lock: A/2/116T |
|---|---|---|

| Date/Offense: 03/18/2019 | Time/Offense: 03:00 PM | Location: |
|---|---|---|

Rule(s) Violated: 17

Engaging in unauthorized group activities as set forth in paragraph (B) of rule 5120-9-37 of the Administrative Code

**Supporting Facts (Describe what occurred and how the inmate violated the rule):**

On 3-18-2019 inmate McKinney 519-194 was found in possession of documents that were believed to be associated with the unauthorized group "sovereign citizens". After reviewing these documents, they are in fact documents that are associated with the unauthorized group "sovereign citizens". Inmate McKinney 519-194 is in violation of rule 17, engaging in unauthorized group activities as set forth in paragraph (B) of rule 5120-9-37 of the Administrative Code. (B)An inmate shall not knowingly or intentionally engage in, whether individually or in concert with others:(1)Forming, organizing, promoting, encouraging, recruiting for, or participating in, etc., an unauthorized group; (2)Possessing, creating, reproducing, using or circulating, etc., any material related to an unauthorized group; (3)Communicating support of, association with, or involvement in any unauthorized group. The form of communication maybe verbal (written or spoken) as through codes, jargon, etc., or non-verbal (conduct as through hand signs, symbols, displays, drawings, graffiti, distinctive clothing, hairstyles, colors, ornaments, etc.; (4) Participating in criminal activities, or disruptive activities such as disturbances, riots, fostering racial or religious hatred, or union activities; and, (5)Violating institutional rules or directives or state or federal laws.

(Use Conduct Report Supplement sheet, if needed)

As the Charging Official, do you wish to have input into the disciplinary proceedings? ☐ Yes ☑ No

| Printed Name: Kammer, R. | Signature: |  |
|---|---|---|
| Shift: Flex | Days Off: SSH | Date: 04/09/2019 |

A copy of this conduct report was served upon the above-named inmate on: _____ 20 ___, at ___.   Received 4/12/19

Staff Signature:

I acknowledge receipt of the conduct report on the above stated date and time:

| Inmate Signature: | Number: A519194 |
|---|---|

DRC 4018 (rev 12/05) DISTRIBUTION: WHITE - RIB  CANARY - Unit File  PINK - RIB Board  GOLD - Inmate  ACA 4214 through 4236, 4269

DRC 4018 (rev 12/05)  DISTRIBUTION:  WHITE - RIB  CANARY - Unit File  PINK - RIB Board  GOLD - Inmate  ACA 4214 through 4236, 4269

# HEARING OFFICER'S REPORT

| Inmate Name: MCKINNEY, ANTHONY L | Number: A519194 |
|---|---|
| Date of Violation: 03/18/2019 | Date of Hearing: 04/12/2019 |

Was the conduct report accurately completed? ☑Yes ☐No - If No ☐Return ☐Withdraw ☐
Modify

Is the inmate currently on the mental health caseload or does the inmate show signs of serious mental illness *(If Yes, complete DRC-2530)*?

☐Yes ☑No

Has the inmate been informed of the rule violation and the facts alleged in support of the violation?

☑Yes ☐No

Has the inmate been informed of his right to be heard in his own defense? ☑ Yes ☐No

**Inmate Plea:** ☐ GUILTY      Rule: <u>17</u>

☐ NOT GUILTY

**Inmate's Statement:**
refused to sign and no comment

**Other Statement/Evidence:**
conduct report coincides with charge

**Finding:**
refer to RIB

☑ Based on these findings there is reason to believe that a rule violation occurred and the matter should be referred to the Rules Infraction Board. *(Proceed to complete referral to RIB)*

Disposition:

.

Does this offense qualify for SMP? ☐Yes ☑No

| Hearing Officer's Signature: *DaDMX?* | Date: 04/12/2019 |
|---|---|

DRC4020 (REV 01/19)

ACA 4214 through 4236

# CHAIRMAN OF
# THE RULES INFRACTION BOARD - REVIEW

| RIB Case Number: |
| --- |
| **LOCI-19-001823** |

Disposition of the Hearing Officer is:     ☑ Affirmed         ☐ Reversed

                                                         ☐ Modified as indicated     ☐ Returned for
                                                         below                                 reconsideration

Comments:

| Chairman, Rules Infraction Board (or Designee): | Date: |
| --- | --- |
| | 04/16/2019 |

# Rule Violation - Inmate Rights

I, the undersigned inmate, do hereby knowingly and voluntarily make the following statement concerning rights afforded me under Rule 5120-9-07 of the Administrative Code. I have been charged with violating:

RULE(S) __17__        VIOLATION DATED __03/18/2019__

I ☑ WAIVE ☐ DO NOT WAIVE my rights to 24 hours between the time I received a copy of the conduct report and the time I have my hearing before the RIB.

I ☑ WAIVE ☐ DO NOT WAIVE the presence of the charging official at my RIB hearing.

I ☑ WAIVE ☐ DO NOT WAIVE my right to request a reasonable number of witnesses to testify at my RIB hearing, subject to the discretion of the chairman. If inmate has **not** waived witnesses:

| Number of Witnesses: | Names of Witnesses: |
|---|---|
| | |

I ☐ have been informed that a conviction could result in the loss of earned credit that otherwise could have been awarded or may have previously been earned, as authorized by Ohio Revised Code 2967.193 (B).

| Inmate Signature: *refused to sign* | Number: A519194 | Date: 04/12/2019 |
|---|---|---|

# Rules Infraction Board - Staff Assistance

| Name: MCKINNEY, ANTHONY L | Number: A519194 | Lock: A/2/116T | RIB Case Number: LOCI-19-001823 |
|---|---|---|---|

The above-named inmate appeared before this Hearing Officer on the below date, based on my personal observation and conversation with this inmate, in my opinion:

☐ DOES ☐ DOES NOT require staff assistance in preparing his answer to the charge(s) against him.

☐ He is illiterate

☐ He has a language problem

☐ He has a physical disability which renders him incapable of handling his own defense

☐ He has a mental problem

☐ The complexity of the charge(s) warrant assistance

☑ Other - Explain: __refused to take part in the hearing process__

| Hearing Officer's Signature: | Date: 04/12/2019 |
|---|---|

To the Rules Infraction Board Chairman: If the above box denoting the inmate REQUIRES staff assistance is checked, staff assistance shall be provided.

| Staff Member Assigned: |
|---|
| |

| Chairman - RIB Signature: | Date: 04/16/2019 |
|---|---|

DRC 4022 (Rev. 12/05)        ACA 4214 through 4236

DRC4024

# Disposition of the Rules Infraction Board

| Institution: LOCI | RIB Case Number: LOCI-19-001823 |
|---|---|
| Inmate Name: MCKINNEY, ANTHONY L. | Number: A519194 |
| Date of Hearing: 04/18/2019 | Time: 11:05 AM |

**Inmate Plea:**
☐ GUILTY
☑ NOT GUILTY                                        Rule: 17

State the facts that explain the board's decision:
On 3-18-2019 inmate McKinney 519-194 was found in possession of documents that were believed to be associated with the unauthorized group "sovereign citizens". After reviewing these documents, they are in fact documents that are associated with the unauthorized group "sovereign citizens". Inmate McKinney 519-194 is in violation of rule 17: Engaging in unauthorized group activities as set forth in paragraph (B) of rule 5120-9-37 of the Administrative Code. (B)An inmate shall not knowingly or intentionally engage in, whether individually or in concert with others:(1)Forming, organizing, promoting, encouraging, recruiting for, or participating in, etc., an unauthorized group, (2)Possessing, creating, reproducing, using or circulating, etc., any material related to an unauthorized group; (3) Communicating support of, association with, or involvement in any unauthorized group. The form of communication maybe verbal (written or spoken) as through

Particular evidence or statements relied on:
CONDUCT REPORT AS WRITTEN BY LT. KAMMER

| | | | |
|---|---|---|---|
| Did the inmate offer any defense? | ☐ Yes | ☑ No | |
| Did the Board believe the inmate's defense? | ☐ Yes | ☑ No | Why? REFUSED TO PARTICIPATE |

| | | |
|---|---|---|
| Did the board rely on any confidential statement(s) | ☐ Yes | ☑ No |
| Did the board determine the informant(s) to be credible? | ☐ Yes | ☑ No |
| Disposition of the Hearing Officer is: | ☑ Affirmed | |
| | ☐ Returned for reconsideration | |

Decision: Based on the above stated facts the Board believes that:

Inmate **MCKINNEY, ANTHONY L** _____ violated rule(s)                    Rule: 17

Inmate **MCKINNEY, ANTHONY L** _____ did not violate rule(s)

Therefore, the RIB Officer imposes the following disposition:     LPH

☑    Check "Stacked" if you wish to stack housing record, otherwise housing record will be combined with other housing records.

Number of LPH days imposed by RIB:     90

☑    RIB recommends a Security Review be conducted.

Identify the disposition imposed and the reasons for the action taken:
RECOMMEND SECURITY REVIEW, No of Days in LPH: 90, Serve Order requested : Stack, Serve Order requested : Stack

Appeal form given to inmate?                    ☑ Yes  ☐ No

Does this offense qualify for SMP?  ☐ Yes  ☑ No

| Signature RIB Chairperson: | Date: 04/18/2019 |
|---|---|

*Notice To Inmate: You may appeal this decision to the Warden.*
*The appeal must be submitted using the provided form DRC4027, within 15 days of receiving this disposition.*

**Acknowledgement of Receipt:**

| Inmate Signature: | Date: 04/18/2019 | Time: 11:16 AM |
|---|---|---|

DRC4024 (Rev. 01/19) DISTRIBUTION:    WHITE - RIB    CANARY - Unit File    PINK - RIB Board    GOLDENROD - inmate

Results Of
Warden's Administrative Review

| RIB Case Number: LOCI-19-001823 |
|---|

Upon reviewing the proceeding and the disposition of the Rules Infraction Board, I have determined that the board's decision should be:

☑ Affirmed                                                ☐ Reversed

☐ Modified as indicated below                   ☐ Returned for reconsideration

☑   Warden recommends a Security Review be conducted.

NOTES:

The Rules Infraction Board process was followed in accordance with Administrative Regulation 120-9-08. The evidence presented substantiates the guilty verdict and disposition.

*Note: This decision is the result of the automatic administrative review of RIB decisions provided for in 512-9-08(M)*

| Warden or Designee's Signature: | Date: |
|---|---|
|  | 04/19/2019 |

DRC4190                                                                    Page 1 of 2

# Testimony of Accused Inmate
# at Rules Infraction Board

| Inmate Accused of Violation:<br>MCKINNEY, ANTHONY L | | Number:<br>A519194 |
|---|---|---|
| Institution:<br>LOCI | Date:<br>04/18/2019 | RIB Case Number:<br>LOCI-19-001823 |

**Statement:**
Refused to appear before RIB or to cooperate with the RIB proceedings.

*I have read the above and find that it is an accurate summary of testimony before the Rules Infraction Board.*

| Secretary, Rules Infraction Board: |
|---|

*☑ I have read the above and find that it is an accurate summary of testimony before the Rules Infraction Board.*

| Inmate Accused Of Violation: REFUSED (3) | Number:<br>A519194 |
|---|---|

☐ *I have read the above - it is Not true and accurate for the following reasons;*

| Inmate Accused Of Violation: | Number: |
|---|---|
|  |  |

DRC4190 (03/04)

DRC4018

# Conduct Report

| Institution: LOCI | | LOCI-19-001957 |
|---|---|---|

| Name: MCKINNEY, ANTHONY L | Number: A519194 | Lock: SH/B/132L |
|---|---|---|

| Date/Offense: 04/19/2019 | Time/Offense: 08:30 AM | Location: A3 |
|---|---|---|

Rule(s) Violated: 51

Possession of contraband, including any article knowingly possessed which has been altered or for which permission has not been given

**Supporting Facts (Describe what occurred and how the inmate violated the rule[s]):**

On the above date and time a pack up was conducted on inmate McKinney A519194 by myself due to inmate being over the limit in property. DRC59-LEG-01 states: General and personal legal materials shall be maintained within the inmate's overall 2.4 cubic feet property limitation as provided in Administrative Rule 5120-9-33, Packages and Property Restriction, and applicable institutional policies. General legal materials (General Legal Materials, defined as-Items such as law books, formbooks, photocopied research materials, blank legal forms, and stationery), are subject to the general possession limits applicable to books, law books, stationery, or writing materials, etc. as provided in Administrative Rule 5120-9-33, Packages and Property Restrictions, and Department Policy 61-PRP-01, Offender Personal Property, and applicable institutional rules and policies. So per DRC policy the books in inmates possession must be included in 2.4 property, and are not exempt as legal material, making the excess books possessed by inmate McKinney contraband, and inmate in violation of rule 51 possession of contraband. Inmate also had 2 towels, 1 pair sweat pants that were altered, 2 pairs of socks over limit, 1 state shirt over limit, 1 pillow over 2.4 limit.

(Use Conduct Report Supplement sheet, if needed)

As the Charging Official, do you wish to have input into the disciplinary proceedings? ☐ Yes ☑ No

| Printed Name: B Preston Sgt | Signature: |  |
|---|---|---|
| Shift: 1st | Days Off: SAT/SUN/HOL | Date: 04/19/2019 |

A copy of this conduct report was served upon the above-named inmate on: April, 19 20 19 , at 11:45 AM.

Staff Signature:

I acknowledge receipt of the conduct report on the above stated date and time:

| Inmate Signature: | Number: A519194 |
|---|---|

DRC 4018 (rev 12/05) DISTRIBUTION: WHITE - RIB CANARY - Unit File PINK - RIB Board GOLD - Inmate ACA 4214 through 4236, 4269

DRC4020                                                                 Page 1 of 2

# HEARING OFFICER'S REPORT

| Inmate Name: | | Number: | |
|---|---|---|---|
| | MCKINNEY, ANTHONY L | | A519194 |
| Date of Violation: | | Date of Hearing: | |
| | 04/19/2019 | | 04/19/2019 |

Was the conduct report accurately completed?  ☑ Yes  ☐ No - If No  ☐ Return  ☐ Withdraw  ☐ Modify

Is the inmate currently on the mental health caseload or does the inmate show signs of serious mental illness *(If Yes, complete DRC-2530)*?

☐ Yes  ☑ No

Has the inmate been informed of the rule violation and the facts alleged in support of the violation?

☑ Yes  ☐ No

Has the inmate been informed of his right to be heard in his own defense?  ☑ Yes  ☐ No

**Inmate Plea:**          ☐ GUILTY

                           ☑ NOT GUILTY                              Rule: 51

**Inmate's Statement:**
offender refused to participate/wishes to mail items home

**Other Statement/Evidence:**
conduct report

**Finding:**
guilty

☑      Based on these findings, the Hearing Officer finds reason to believe that:

**Inmate MCKINNEY,**          **violated rule(s):**                    Rule: 51
**ANTHONY L**
                              **did not violate rule(s):**

Therefore, the Hearing Officer imposes the following disposition:    Other

Number of LPH days imposed by HO:    0

☑      Check "Stacked" if you wish to stack housing record, otherwise housing record will be combined with other housing records.

DRC4020                                                                                    Page 2 of 2

Disposition:
items will be mailed home at offenders expense.

Does this offense qualify for SMP?  ☐ Yes  ☑ No

| Hearing Officer's Signature: | Date: |
|---|---|
| | **04/19/2019** |

DRC4020 (REV 01/19)                                                      ACA 4214 through 4236

# CHAIRMAN OF
# THE RULES INFRACTION BOARD - REVIEW

| RIB Case Number: |
|---|
| **LOCI-19-001957** |

Disposition of the Hearing Officer is:     ☑ Affirmed          ☐ Reversed

                                           ☐ Modified as indicated    ☐ Returned for
                                           below                      reconsideration

Comments:

| Chairman, Rules Infraction Board (or Designee): | Date: |
|---|---|
| | **04/22/2019** |

# Contraband Control Slip

| Institution: | | |
|---|---|---|
| Inmate: | #: | Lock: |
| Date: | Time: | AM / PM |
| Confiscated By: | | |
| Contraband Description: | | |
| Contraband Found (Location): | | |
| Contraband found in the Possession of: | Contraband Belongs To: | |
| Contraband/Disposition: | | |

## CHAIN OF CUSTODY

| From: | Received By: | |
|---|---|---|
| Date: | Time: | AM / PM |
| From: | Received By: | |
| Date: | Time: | AM / PM |
| From: | Received By: | |
| Date: | Time: | AM / PM |
| From: | Received By: | |
| Date: | Time: | AM / PM |
| From: | Received By: | |
| Date: | Time: | AM / PM |

DRC4086 (Rev. 02/04)
DIST: White - Conduct Report Copy;  Canary - Evidence Tag Copy;  Pink - Inmate's Copy

# Notice of an Unauthorized Item Received

| Inmate's Name: McKinney | | Number: 579 194 | Lock: 413 212 |
|---|---|---|---|
| Date Received: 3-17-20 | Sender's Name: | | |
| Sender's Address: | | | |

## ☐ Unapproved Funds

| Money Order #: | | Amount $: | Institution: |
|---|---|---|---|
| Cashiers Check #: | | Amount $: | Institution: |
| Other, Explain: | | | |

## Reason Funds Have Been Withheld

☐ Need complete address of sender on money order
☐ Held by the Cashier's Office for further
   investigation as to source or related reasons
☐ Was not in approved form (Explain): _____

☐ Money order not legible
☐ Item not signed by sender

The above listed item was withheld in accordance with AR 5120-5-02.
These funds will be held in the mail office for TEN (10) DAYS ONLY. (See "Disposition of Unapproved Item")

| Mail Room Employee and/or Cashier: |
|---|

## ☑ Nuisance Contraband

Description of contraband: No Recipt

The item listed above has been withheld in accordance with AR 5120-9-17 (Incoming Mail).
This item will be held in the mail office for TEN (10) DAYS ONLY. (See "Disposition of Unapproved Item" below)

## Disposition of Unauthorized Item

☐ This item(s) may not be returned to sender and will either be destroyed or forfeited to the institution per court order.

Check the appropriate box below to indicate how you wish the above item to be disposed of. This form must be returned to the Mail Office within TEN (10) DAYS of the date the unapproved item was received. Failure to do so will result in the disposal of the unauthorized item under AR 5120-9-55.

☐ Mail at my expense to the above noted address I have enclosed a self addressed stamped envelope or a signed cash slip.
☐ Destroy the contraband item. (Funds can not be destroyed).

| Inmate's Signature: | Date: |
|---|---|

### RETURN THIS FORM IMMEDIATELY TO THE MAIL OFFICE

## Action Taken By Mail Office Staff

☐ Return to sender
☐ Destroyed in accordance with AR5120-9-55

☐ Return to inmate
☐ Sent to Cashier's Office for processing

| Mail Room Staff Signature: | Date: |
|---|---|

DRC 4225 (Rev. 10/06)   DISTRIBUTION:   WHITE - Mail Room File   CANARY - Item   PINK - Inmate   ACA 4436

**Information received from ODCR Assistant Chief Counsel regarding book orders:**

**Book Donations (Free Books)**

All ODCR Institutions will accept donations that are donated to the institution (not to a specific inmate). Printed material cannot be donated to a specific inmate without prior approval of the managing officer. All printed material is subject to security screening. <u>Basically this means no more books from Doris Press, Red Bird, Appalachian Books to Prisoners, etc.</u>

**Books from vendors <u>– Pay attention to this – it's a big change from what we do now!</u>**

The person ordering books must be on the inmates approved visiting list. They person ordering may be prohibited from ordering if (1) the individual is removed from the approved list (2) material ordered by the individual is found to contain contraband (3) the individual repeatedly sends excluded printed material after being advised that the material is not allowed.

**All books are subject to security inspection and review.**

The printed material must be sent directly by the publisher and the package must include a receipt including the order number, the items purchased and who purchased the items. This is a big issue. 75% if the books that come in do not have a receipt. The majority of books ordered from Amazon do not have receipts. If ordering from Amazon, remind your family/friends to have them requests a gift tag that includes their name. All orders from Barnes and Noble and Edward B. Hamilton include receipts.

**Purchaser can send a screenshot of the receipt thru Jpay or a copy of it the US Mail. However, if the book comes in without a receipt, you will receive a contraband notice and have 10 days to get the receipt to the mailroom.**

M.S Bradley, Sorry to interrupt your schedule. But I am in need of my personal legal material. ("I") I need to go through both of my boxes to search for the relevant materials for my up coming legal battles. Which include Habeas corps/New trial motion with leave and other legal matters (civil). I have never been in the hole before, and I don't understand whats going on. But if I could get my legal materials it may be helpful, because at this time I am running late on my all filings because I'm in the hole for the wrong persons, due to no fault of my own. Please respond Soon Thank you.

(If with your last January That to then response ability)

Mr Taylor

Thank you for stoping to speak with me Anthony L Mackney S 19-1-94 Lock B cell 32 Assignment Administration. I am seeking to resolve incident 3-18-2019 reference to documents, rule 17 Admin code 5120-9-37. I would request to speak with you and the warden Face to Face to resolve anything unresolved and to understand your position as to what can be accomplished between us. And to understand what you do not want me doing on these computers so this never arises again.

I am willing to stop the process that I had originally started and void the whole process. I would like for both parties to return back to there original position. For me that would be, in general population with a clean slate again. I would clear any of the parti's named, and I would do that by my own hand, either Kiosk or paper. I would simply request that only the documents case # 05 CR-10-7130 trial case papers be returned. So finish my criminal case. I do not want to squander this opportunity. If there is something you do not agree with please let me know when we meet, if we meet. Or thrash witting, at the least. My practices of corporate, business law and religion, I will not practice on your computers, Thats what that was. I wish to resolve this, if possible immediately. Thank you for your time. Respectfully

I hope this finds you well

mm

Inmate McKinney, you were found Guilty of Case # LCCI-19-001893 on 4/18/2019 of Rule 7, being associated with unauthorized Group "Sovereign Citizens", you also refused Appeal.

David S. Taylor     4/25/19

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF OHIO                    ①

Anthony C. McKinney               Declaration of
        Plaintiff                 DONTEZ JOHNSON

V.
   Denise, Paddock et al  Civil Action NO.
              Defendant

My NAME is Dontez Johnson and I am a witness
in the above captioned case. I am competent to
testify, to the facts related herein for which I
have direct Knowledge.

I am a witness that MR. McKinney and inmates
at loss correctional Inst. have been denied legal Books
and access to the courts. the institution has created
a New rule without putting prisoners on Notice of
the changes, that the person sending the book must
be on the prisoners approved visit list. Book must be
sent by publisher and the package must include a
receipt including order number, items purchased and
who purchased the items. These rules are not policy
and only an announcement by Jpay Representatives
on August 27, 2019 7:25 A.M. from ODRC Assistant chief
counsel, title Book Donations(free Books). This
announcement was inforced the same day August
27, 2019. This is violative of constitional rights. There's
no way to determine if the institution received

②

a receipt from the visitor. The instution can easily say they did not receive one with the book to deny the prisoner legal books and access to the courts. As R.C.I. has recently done to Mr. McKinney. But federal inmates are not forced to deny inmates books that are sent from a approved vendor or publisher which is a clearly denial of the equal protection clause of the 14 Amendment of the united States Constitution. Because that would be showing favortism to federal inmates over state inmates. Which our constitution forbids. And federal are allowed to receive free books also. Which be showing favortism to federal inmates over state inmates which is forbidden by our constitution. "our constitution prohibits favortism or preferential treatment one person over another or a group of inmates over another." This is what or constitution guarantees me. Which im clearly being denied.

I declare under penalty of perjury that the foregoing is true and correct. Executed at chillicothe, ohio february 15, 2020

Dontez Johnson

DONTEZ JOHNSON

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

Anthony C. McKinney
  Plaintiff

V.

Denise Packlock et.al
Defendant

Declaration of
Dontez Johnson

My name is Dontez Johnson and I am a witness in the above captioned case. I am competent to testify to the facts related herein, for which I have direct knowledge.

I am a witness that inmates such as McKinney and my myself are denied Access to the courts, because the instution only allows very limited days and the days we do have they take these away by closing it on the days we suppose to go. We may only get 3or4 days a month if that.

This time is insufficent time to research, draft documents, study

I Declare under the penalty of perjury that the forgoing is true and correct. Executed at Ross corr. Inst. on Dec. 2. 2019.

          X Dontez Johnson 693393

In THE UNITED STATES DISTRICT
Court for the Southern District
of OHIO

Anthony L. Mckinney                    Decleration of
        Plaintiff
                              none
                                       Civil Action
V.                             NO.
Denise Padlock et al
        Defendant


My name is Victor E. Guerrero and I am a
witness in the above caeptioned case. I am
competent to testify to the facts related herein, for
which I have direct knowledge.

     I am a witness that Mr. Mckinney and Inmates
at Ross Correctional Inst. have been denied Legal
books, and access to the courts. The instution has
created a new rule with out putting prisoners on notice
of the changes, that the person sending the book must
be on the prisoners approved vist list, Book must be sent
by publisher and the package must include a receipt Including
order number, items purchased, and who purchased the items,
these rules are not policy and only an Announcement by
Jpay Representative on August 27, 2019 7:25 A.M. from
ODRC Assistant Chief Counsel, titled Book Donations
(Free Books). This announcement was Inforced the

the same day August 27, 2019 This is violative of constitutional rights. There is no way to determine if the institution recieved a reciept from the vistor. The institution can easily say they did not receive one with the book to deny the prisoner legal books, and access to the courts. As RLI, has recently done to me. I orderd a business law book for myself and Mr McKinney to work out of for a upcoming 1983 Action of his. As it specified in the Amendmed on August 27, 2018 I orderd the book from Barnes & Nobles because it always sends a reciept with the book. I was still denied access to the Legal Book, because "the reciept" was not provideded is what they claim. The announcement stated that Barnes & Noble always send the reciept in BSLE writing also states that 75% of books that come do not have reciepts. This implies they are returned, also the stated Amazon does not have a receipts, implying not to buy from Amazon and buy from Barnes & Nobles. These practices must be stoped. Mr. McKinney is denied legal books, and is limited who he can order books from

 

    I declare under penalty of perjury that the foregoing is true and correct. Executed at chillicothe Ohio January 3 2020

Victor Guerrero

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF OHIO.

Anthony McKinney                                    DECLARATION OF

        PLAINTIFF

                                                    CIVIL ACTION

Denise Paddock et.al
        Defendant


MY NAME IS KEVIN HUBBARD II AND I AM A WITNESS IN THE ABOVE
CAPTIONED CASE, I AM COMPETENT TO TESTIFY TO THE FACTS RELATED
HEREIN, FOR WHICH I HAVE DIRECT KNOWLEDGE
I AM A WITNESS THAT L.O.C.I., LT. KAMMER AND OR ITS AGENTS HAS
FALSELY CHARGED INMATES, LIKE MYSELF AND ANTHONY L. MC.KINNEY, WITHOUT
EVIDENCE, FALSE VIOLATION OF THE INMATES CONSTITUTIONAL RIGHTS
I AM A WITNESS THAT L.O.C.I. CONDUCT TOWARD INMATES INCLUDING
ANTHONY L. MC.KINNEY AND myself KEVIN HUBBARD II.
I HAVE KNOWLEDGE BECAUSE, I WAS CHARGED FOR CONVEYING DRUGS INTO
L.O.C.I AND DEALING, I WAS NEVER CAUGHT, SEEN OR FOUND WITH DRUGS
NEITHER WAS MY GIRLFRIEND ANNETTE HIGGINS AT OUR VISITS. L.O.C.I. NEVER
INTRODUCE EVIDENCE OF ME HAVING PHONE CONVERSATIONS TO BRING DRUGS
INTO L.O.C.I. THEY STATE THAT L.O.C.I. RELIED ON EVIDENCE OF TELEPHONE
CALLS AND CONFIDENTIAL STATEMENTS WRITTEN BY A CONDUCT REPORT BY
LT. KAMMER AND INVESTIGATOR CRISLER I OFFERED A DEFENSE TO THE RULES
INFRACTION BOARD AND NOTHING WAS DONE IN MY DEFENSE ON BELIEVING ME
THE BOARD SAID THAT MY DEFENSE CONTRADICTED THE CONDUCT REPORT. IT
WAS SAYS THE CONDUCT REPORT RELIED ON CONFIDENTIAL STATEMENTS BUT WHEN
ASKED ON THE DISPOSITION OF THE RULES INFRACTION BOARD FORM THEY

DETERMINE THAT THEY DIDN'T RELY ON ANY CONFIDENTIAL STATEMENTS AND THEY DIDN'T FIND THE INFORMANT(S) TO BE CREDIBLE; OR THERE WAS NO EDVIDENCE OF TELEPHONE CALLS RELIED UPON FOR A FINDING OF GUILTY.

ON APRIL 27 2019 TO MAY 16 2019 I WAS IN TPU WITHOUT A FOR CONVEYING AND DEALING. WARDEN NORMAN ROBINSON SAID THAT ON MAY 16 2019 THAT MY GIRLFRIEND ANNETTE HIGGINS CONSPIRED TO CONVEY DRUGS INTO Lo.C.I. THROUGH THE VISITING ROOM, THIS NEVER HAPPEN BECAUSE I WAS IN TPU FOR 20 DAYS AND I DIDN'T EVEN HAVE A VISIT SCHEDULED FOR MAY 16 2019. MY LAST 3 SCHEDULED VISITS AT Lo.C.I WAS APRIL 3RD 2019, APRIL 10TH 2019 AND APRIL 27TH 2019, ON APRIL 3RD AND 10TH I HAD THOSE VISITS, ON APRIL 27 I DIDN'T HAVE A VISIT BECAUSE I WAS PLACED IN TPU BEFORE THE TIME OF MY SCHEDULE VISIT. I WAS IN TPU FROM APRIL 27 2019 UNTIL JUNE 14 2019 THATS WHEN I WAS TRANSFERRED TO R.C.I. LEVEL 3 FACILITY. ACTING WITHOUT EDVIDENCE WHEN EDVIDENCE IS REQUIRED OR MAKING A DECISION CONTRARY TO ALL THE EDVIDENCE ARE JUST AS MUCH ERROR AS IS FAILURE TO TAKE STEPS TO AQUIRE JURISDICTION AT THE BEGINNING OF A PROCEEDING AM.JUR 2D § 279

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED AT CHILLICOTHE OHIO JANUARY 23 2020

KEVIN HUBBARD II

# Conduct Report

| | | |
|---|---|---|
| **Institution:** LOCI | | LOCI-19-0024-11 |

| Name: HUBBARD II, KEVIN DUANE | Number: A535619 | Lock: SH/B/141L |
|---|---|---|

| Date/Offense: 05/16/2019 | Time/Offense: 08:30 AM | Location: Investigators Office |
|---|---|---|

**Rule(s) Violated:** 40,45

Procuring or attempting to procure, unauthorized drugs; aiding, soliciting, or collaborating with another to procure unauthorized drugs into a correctional facility; Dealing, conducting, facilitating, or participating in any transaction, occurring in whole or in part within an institution, or involving an inmate, staff member or another for which payment of any kind is made, promised, or expected

## Supporting Facts (Describe what occurred and how the inmate violated the rule[s]):

An investigation was conducted for illegal drug conveyance at the London Correctional Institution. During the investigation it was found that inmate Hubbard 535-619 was conveying illegal drugs (Methamphetamines and Suboxone) into London Correctional Institution through the visiting room with his approved visitor Annette Higgins. Annette Higgins would receive the drugs from Paris Lewis (Approved visitor of inmate Lewis 728-919) as well as a ride to London Correctional Institution. They would transfer the illegal drugs through their initial kiss at the beginning of the visit. Inmate Hubbard 535-619 was also moving money through green dots totaling around $1,000 to Annette Higgins,Paris Lewis and inmate Lewis 728-919 for their roles in the conveyance. This information was verified by listening to the inmate's phone calls on the inmate telephone system as well as through confidential statements. All information and evidence is available for RIB review.

(Use Conduct Report Supplement sheet, if needed)

As the Charging Official, do you wish to have input into the disciplinary proceedings? ☐ Yes ☑ No

| Printed Name: Kammer, R. and Crisler, M. | Signature: | |
|---|---|---|
| Shift: Flex | Days Off: SSH | Date: 05/16/2019 |

A copy of this conduct report was
served upon the above-named inmate on: _____ May, 16 _____ 20 __19__ , at 09:00 AM.

Staff Signature:

I acknowledge receipt of the conduct report on the above stated date and time:

| Inmate Signature: | Number |
| --- | --- |
| | A535619 |

DRC 4018 (rev 12/05)  DISTRIBUTION:  **WHITE - RIB**  CANARY - Unit File  PINK - RIB Board  GOLD - Inmate  ACA 4214 through 4236, 4269

# Disposition of the Rules Infraction Board

| Institution: | | RIB Case Number: | |
|---|---|---|---|
| | LOCI | | LOCI 19-C02441 |
| Inmate Name: | | Number: | |
| | HUBBARD II, KEVIN DUANE | | A535-619 |
| Date of Hearing: | | Time: | |
| | 05/21/2019 | | 10:44 AM |

**Inmate Plea:**

☐ GUILTY

☑ NOT GUILTY          Rule: **40**          Rule: **45**

State the facts that explain the board's decision:

An investigation was conducted for illegal drug conveyance at the London Correctional Institution. During the investigation it was found that inmate Huabard 535-619 was conveying illegal drugs (Methamphetamines and Suboxone) into London Correctional Institution through the visiting room with his approved visitor Annette Higgins. Annette Higgins would receive the drugs from Paris Lewis (Approved visitor of inmate Lewis 728-919) as well as a ride to London Correctional Institution. They would transfer the illegal drugs through their initial kiss at the beginning of the visit. Inmate Hubbard 535-619 was also moving money, through green dots totaling around $1,000 to Annette Higgins, Paris Lewis and inmate Lewis 728-919 for their roles in the conveyance. This information was verified by listening to the inmate's phone calls on the inmate telephone system as well as through confidential statements. All information and evidence is available for RIB

Particular evidence or statements relied on:

CONDUCT REPORT AS WRITTEN BY LT. KAMMER

Did the inmate offer any defense?          ☑ Yes   ☐ No

Did the Board believe the inmate's defense?   ☐ Yes   ☐ No          Why? CONTRADICTS CONDUCT REPORT

Did the board rely on any confidential statement(s)          ☐ Yes   ☑ No

Did the board determine the informant(s) to be credible?      ☐ Yes   ☑ No

Disposition of the Hearing Officer is:          ☑ Affirmed

☐ Returned for reconsideration

Decision: Based on the above stated facts the Board believes that:

Inmate **HUBBARD II, KEVIN DUANE**   violated rule(s)          Rule: **40**      Rule: **45**

Inmate **HUBBARD II, KEVIN DUANE**   did not violate rule(s)

Therefore, the RIB Officer imposes the following disposition:   **LPH**

☑   Check "Stacked" if you wish to stack housing record, otherwise housing record will be combined with other housing records.

Number of LPH days imposed by RIB:   **90**

☑   RIB recommends a Security Review be conducted.

Identify the disposition imposed and the reasons for the action taken:

RECOMMEND SECURITY REVIEW. No of Days in LPH: 90. Serve Order requested : Stack. Serve Order requested : Stack

Appeal form given to inmate?          ☑ Yes   ☐ No

Does this offense qualify for SMP?   ☐ Yes   ☑ No

| Signature RIB Chairperson: | Date: |
|---|---|
| | 05/21/2019 |

*Notice To Inmate: You may appeal this decision to the Warden.*

*The appeal must be submitted using the provided form DRC4027, within 15 days of receiving this disposition.*

**Acknowledgement of Receipt:**

| Inmate Signature: | Date: | Time: |
|---|---|---|
| | 05/21/2019 | 10:51 AM |

DRC4024 (Rev. 01/19) DISTRIBUTION:   WHITE - RIB   CANARY - Unit File   PINK - RIB Board   GOLDENROD - Inmate

Results Of

Warden's Administrative Review

| | RIB Case Number: |
|---|---|
| | LOCI 19-002441 |

Upon reviewing the proceeding and the disposition of the Rules Infraction Board, I have determined that the board's decision should be:

☑ Affirmed

☐ Modified as indicated below

☐ Reversed

☐ Returned for reconsideration

☐    Warden recommends a Security Review be conducted.

NOTES:

The Rules Infraction Board process was followed in accordance with Administrative Regulation 5120-9-08  The evidence presented substantiates the guilty verdict and disposition.

*Note: This decision is the result of the automatic administrative review of RIB decisions provided for in 512-9-08(V).*

| Warden or Designee's Signature: | Date |
|---|---|
| | 3/28/2019 |

# Ohio Department of Rehabilitation and Correction
# Termination of Visiting Privileges

To: Annette Higgins
11157 Preble County Line Road
Middletown, OH 45042

Date:
05/21/2019

The Administrative Regulations of the Ohio Department of Rehabilitation and Correction authorize restrictions of an inmate's visiting privileges.

The following facts have come to our attention which may necessitate restricting your visiting privileges of Inmate   HUBBARD, Kevin                                    # A-535619

at the   London Correctional Institution

Determining facts for restriction:
On May 16, 2019 you conspired to convey drugs into the facility through the visiting room.

This restriction shall be effective:

| Effective from (mm/dd/yyyy): | Effective until (mm/dd/yyyy): |
|---|---|
| 05/21/2019 | PERMANENTLY! |

Our procedures permit you to have the opportunity to present your views on the above matter prior to a final decision being made. If you wish to express your thoughts regarding this situation, please write a letter stating your views to the Warden at the institution within seven (7) days of the date written above, at the following address:

London Correctional Institution
P.O. Box 69
London, OH 43140

Failure to contact this institution will result in loss of visiting privileges for the dates indicated above. This notice of restriction applies to any other inmate at any other institution you may be approved to visit. In addition, you may correspond with any inmate but are prohibited from providing packages during the restricted period.

Managing Officer's Designee:
Norm Robinson, Warden

Date:
05/21/2019

COPY: Visitor, Human Service Program Administrator, Warden, Inmate, Visiting Office, Cashier's Office, File
DRC 2199 E (Rev. 02/06)



**UNIT MANAGEMENT CHIEF**

*LONDON CORRECTIONAL*
*INSTITUTION*
*P.O. Box 69*
*London, Ohio 43140*

J. Condrac, UMC

To:  Hubbard 535-619
From:  J. Condrac, UMC
Date:  5/30/19
Re:  Appeal of Security Classification

I am in receipt of your appeal of your security classification. After careful review of your security instrument and the pertinent regulations and policies (AR 5120-9-53, AR5120-9-21 and DRC policy 53-CLS-01), I have made the following determination:

__X__  Your security review was completed according to policy and I find no reason to overturn the committee decision.

_____  Additional information has resulted in a recalculation of your security review.

_____  You did not file your appeal within 24 hours following notification of the recommendation of the Classification Committee.

_____  Other

Your conduct at LOCI warrants level 3 placement. Most recently you were found guilty at RIB of a serious rule violations, specifically rules 40 and 45. These rule violations involved conveying drugs in LOCI. Evidence considering during your RIB hearing and a guilty finding is not appealed through this process. Please direct RIB appeals to the warden's designee, Ms. Justus.

You do have the right to appeal to the Bureau of Classification utilizing DRC form 2680 (enclosed) within 5 days of receipt of response and mail to 4545 Fisher Rd, Columbus, OH 43228.

J. Condrac, UMC

In the United States District Court
For the Southern District of Ohio

Anthony McKinney
        Plaintiff

                                    Declaration
                                        Of
                                    Randall Howard
                                        No.

Denise Paddock et al
        Defendant

          I am competent to testify to
the facts related herein, for which I
have Direct knowledge that on Oct
29th 2019. We were escorted to the gym
at about 8:00am. We were stripped
Down & searched & At about 12:00pm. We
were sent back to our Dorm. When
we Got back to 4A All of our
belongings where scattered every/where.
Unopend commissary was open & squirted
all over the floor & on the bed's. Some
inmates were mad because their t.v's
were no longer working. Witch we
figured that the C.O.'s that also put
on the SRt. unit put water in the t.v's

When I went to Mr. McKinney's cell all of his paperwork was thrown everywhere. Some of his legal paperwork was ripped up & some pieces were in the toilet. We were locked down at about 12:30pm, with out the proper tools to clean our cells up. Then about 11:00pm we were called to chow. When we got to chow only two rows were filled up because they did not make enough chicken patties. they released the First two row to go back to the Block (4A) Me (Marcus James 733-602) & Mr. Cunningham were walk back to 4A when a woman C.O. came out of the tis shack cursing & calling us names & then asked us where we were goin. We said we had just came from chow & we are goin to our Dorm. She then said we better get there before we find ourselfs in 9house. Mr. Cunningham was goin to respond. I stopped him from responding & kept walking. We got away from her & I said Damn we doin what we supposed to be doin & we still get talked to like we aint shit. Then a C.O. said I suggest yáll shut the fuck up. We looked at him & I said Damn where he

come from. Then he told me to
stand by the tire shack while he
took a dog back to 3 house. When he
came back he had me walk with
him to where the vault is, but he
had me stand against the wall.
Then when he came out he had
me move down by the Barbershop
while he just stood around watching
the people cut down the trees. Then
at 2:30pm he took me in the back room
in the capt. office called me a
nigger & told me he would kill me &
then he assaulted me with his hands
& his feet.

I declare under penalty of perjury that
the foregoing, is true and correct.
Executed at Chillicothe on October 29th
2019

Marcus James
733-602

Marcus James
733-602

11-19-19

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

1 of 2

Anthony L. McKinney
          Plaintiff
          V

                                        DECLERATION
                                        OF
Denise Paddock et.al              B.Anthony Sheeks    605863
          Defendant               Civial Action
                                        NO.

        My name is Anthony Sheeks and I am a witness in the above captioned case. I am competent to testify to the facts related herein for which I have direct knowledge.

        I am Mr. McKinney's neighbor and saw how bad his cell was tore up. His paperwork was scattered everywhere and it was to the point of pure disrespect. Normally his paperwork and other materialistic items are organized because he does legal work. This incident mixed alot of his stuff up to the point it had to put him behind if he was dealing with deadlines.

        This specific SRT shakedown was pure destruction to the point our unit was almost targeted. The way it was tore up and trashed there is no possible way they could of found anything. If SRT is shaking down in order to find the contraband thats a risk to security they have to be very meticulous in order to be effective. Otherwise its a waste of the states money because all their doing is being disrespectful to us by being so destructive to the items we are allowed to have. Ive been down 12 years nd this specific SRT shakedown wasn't a shakedown, it was a pure teardown. These are the facts I personally witnessed and the world we live in being incarrorated in the Ohio Department of Rehabilitation and Corrections. Something needs to change

2 of 2

I declare under penalty of perjury that the forgoing is true and correct. Executed at chillicothe Ohio Nov. 3rd , 2019

Anthony Sheeks

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHEN DISTRICT OF OHIO

Anthony L. Mckinney
          Plaintiff

Denise Paddock et.al                    DECLERATION
                                        OF
                                        Randall Howard
                                        Civil Action
          Defendant                     No.

Randall Howard

        I am campetent to testify to the fact's
     related herin, for which I have direct knowledge
that Mr. Mckinney has never been affiliated with
any gang activitie's or any unauthorized gang orginization
I been Incarcerated since 2013, I've served time in
both warren and Ross correctional Instution. Mr.
Mckinney is a genuine person and a very good person
deep down inside.

        I declare under penalty of perjury that the
     forgoing is true and correct. Executed at
     chillicothe, Ohio. November 15, 2019

     Randall Howard
     Randall Howard

In the United States District
Court for the Southern District of Ohio


Anthony L. Mckinney

          Plaintiff

          V

Denise Paddock et.al                    Declaration
          Defendant                     Of
                                        Hunter Maher
                                        Civil Action
                                        No.

          Hunter Maher

               I am competent to testify
to the facts related herein, for which I
have direct knowledge that all of Mr McKinney's
legal paperwork had been torn torn up, stepped
on, or thrown around. On 10-29-19 after being
let back in our unit after an SRT
Shakedown I walked over to Mr McKinney's
Cell and seen all the paperwork.


               I declare under penalty of
perjury that the forgoing is true and
correct. Executed at Chillicothe, Ohio
                              November 17, 2019

Hunter Maher
Hunter Maher

# Inmate Property Record - Disposition and Receipt  MALE

| Institution: M. I | Date: 5/3/19 | Time: 1:50 pm | Vault Location: 2A | Amount of Boxes: 1 | ☐ Locked ☐ Unlocked |
|---|---|---|---|---|---|
| Name: McKinney | | Number: 519-194 | Inmate present during pack-up? | ☐ Yes ☑ No | |

Reason for Pack-up: ☐ SC ☐ AWL ☐ INF. ☐ LC
☐ DC ☐ Other _____ ☑ Transfer: RCI _____

*Individual possession limits for any property shall be the total permitted possession limit of combined state and personal property.*

**CODES:** *Reasonable Amount - RA*    *Special Permission - SP*    *Grandfathered Items - GF*

| Titled Items | LMT | AMT | Cards/Board games | 3 | | Clothing | LMT | AMT | Other | LMT | AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cassette Player (make): | 1 | | **State Issue** | | AMT | Athletic Supporter | 2 | | Brushes ____ Combs ____ | RA | |
| Compact Disc Player (make): | 1 | | Belt: | | | Belt (color): | 1 | | Cassette Tapes | 15 | |
| Headphones (make): | 1 | | Blanket: | | | Blanket: | 1 | | Compact Discs | 10 | |
| Musical Instrument: | SP | | Boots: | | | Gloves: | 1 | | Clock | 1 | |
| Radio (make): | GF | | Coat: | | | Handkerchief: | 12 | | Conditioner: | RA | |
| TV (make): | 1 | | Commissary Bag: | | | Hat/Baseball: | 1 | | Deodorant: | RA | |
| Typewriter (make): | 1 | | Gloves: | | | Hat Stocking: | 1 | | Emery Boards | RA | |
| MP3 Player (8 GB): | GF | | Hat: | | | Pajamas: | 2 | | Hair Grease: | RA | |
| MP3 Player (4 GB): | GF | | Hooded Sweatshirt: | | | Tops ____ Bottoms ____ | | | Lotion: | RA | |
| JP4 Player | | | Jacket: | | | Pants/ Sweats: | 2 | | Magic Shave: | RA | |
| Hand-held gaming device (sudoku, word) | 1 | | Kitchen/Dining Whites: | | | Raincoat | 1 | | Mirror | RA | |
| | | | Laundry Bag: | | | Robe (color): | 1 | | Mugs/Glasses | 2 | |
| Plug & Play Device | 1 | | Pants: | | | Shirts/Sweat: | 2 | | Nail Clippers: | RA | |
| Digital TV Converter Box | 1 | | Pillow Cases: | | | Shirts/T | 6 | | Razor (type): | RA | |
| Coaxial Cable (6' max) | 1 | | Sheets: | | | Shoes/Dress (color): | 1 | | Razor Blades: | RA | |
| **Non-Titled Valuables** | LMT | AMT | Shirts: | | | Shoes/Gym | 1 | | Shaver/Trimmer | RA | 2 |
| Contact Lenses: | SP | | Shoes: | | | High ____ Low ____ | | | Soap Bars: | 8 | |
| Glasses: Reading | 2 | | Socks: | | | Brand ____ Color ____ | | | Soap Dish: | 2 | |
| Sun | SP | | Thermals - Tops | | | Shoes/House: | 1 | | Shampoo: | 2 | |
| Case? Yes ☐ No ☐ | | | Bottoms | | | Shoes/Shower: | 1 | | Shaving Cream: | RA | |
| Medical ID Bracelet | SP | | Towels: | | | Shoes/Sport: | 1 | | Toothbrush: | 2 | |
| Ring/Wedding: | 1 | | Washcloth: | | | Shoes/Work Boot: | SP | | Toothpaste: | 2 | |
| Watch (make): | 1 | | Other: | | | Shorts/Gym: | 3 | | Wallet: (color) | GF | AMT |
| **Stationary Items** | LMT | | **Religious Items** | LMT | AMT | Socks: | 7 | | **Food Items** | LMT | |
| Art Supplies: | RA | | Chain w/Medallion | 1 | | Sweaters: | GF | | Beverage (type): | RA | 10 |
| Address Book | 1 | | Dashiki I White) | 1 | | Thermal - Bottom | 3 | | Cakes & Pastries | RA | |
| Books: | RA | | Prayer Robe | 1 | | Thermal - Top | 3 | | Candy: Bags | 2 | |
| Letters: ____ Papers: | RA | | Prayer Rug | 1 | | Towels: | 5 | | Boxes | 2 | |
| Pencils: | RA | | Religious Beads | RA | | Undershirts | 7 | | Bars | 24 | |
| Pens: | RA | | Religious Book | 1 | | Undershorts | 7 | | Chips: ____ oz. | 72 | |
| Photo Album: | RA | | Religious Headgear | 1 | | Washcloths (color): | 5 | | Cookies: ____ pkgs. | 4 | |
| Assorted Pictures: | RA | | Islam Prayer Beads | 1 | | Other: | | | Coffee: ____ oz. | 24 | 20 |
| Stamped Envelopes: | 25 | | Islam Prayer Rug | 1 | | | | | Crackers: ____ pkgs. | 4 | |
| Tablets (legal pads): | RA | | Japa Mala Beads | 1 | | | | | Cubed Sugar: ____ bxs. | 2 | |
| Typewriter Ribbon | 6 | 6 | | | | | | | Peanut Butter: ____ lbs. | 3 | |
| **Contraband:** | | | | | | | | | Seafood: ____ pkgs. | 10 | 10 |

Contraband notes (handwritten): 6 coal 4 l / 2 bags of Legal Box / 10 AM

I certify that the items listed were packed within accompanying bags or boxes.

| Officer's Signature: Kurt | Date: 5-13-19 |
|---|---|

I certify that the above listed items are a complete and accurate inventory of all my personal property.

| Inmate Signature: | Number: | Date: |
|---|---|---|

**Property Receipt:** All of my personal property that is listed on this inventory form has been returned to me and I was offered the opportunity to inspect it before leaving the vault. I understand that once I leave that vault with my belongings I can no longer file a complaint concerning any missing or damaged property. Receiving Institution: _____

| Inmate Signature: | Number: | Date: | Vault Officer's Signature: | Date: |
|---|---|---|---|---|

DRC2055 E (Rev. 09/13)   DISTRIBUTION: File, Inmate Copy, Attach to Property, Quartermaster     ACA 4279, 4280, 4281, 4157

# Inmate Property Record - Disposition and Receipt MALE

| Institution: RC= | Date: 6-19-19 | | Time: 9:50 A. | Vault Location: | Amount of Boxes: | ☐ Locked ☐ UnLocked |
| Name: McK, way | | | Number: 579-194 | Inmate present during pack-up? | ☑ Yes | ☐ No |

Reason for Pack-up: ☐ SC ☐ AWL ☐ INF. ☐ LC
☐ DC ☐ Other LtLeP ☐ Transfer: Em Lock

*Individual possession limits for any property shall be the total permitted possession limit of combined state and personal property.*

**CODES:** *Reasonable Amount - RA      Special Permission - SP      Grandfathered Items - GF*

| Titled Items | LMT | AMT | Cards/Board games | 3 | | Clothing | LMT | AMT | Other | LMT | AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cassette Player (make): | 1 | | **State Issue** | | AMT | Athletic Supporter | 2 | | Brushes     Combs | RA | |
| Compact Disc Player (make): | 1 | | Belt: | | | Belt (color): | 1 | | Cassette Tapes | 15 | |
| Headphones (make): | 1 | | Blanket: | | | Blanket: | 1 | | Compact Discs | 10 | |
| Musical Instrument: | SP | | Boots: | | | Gloves: | 1 | | Clock | 1 | |
| Radio (make): | GF | | Coat: | | | Handkerchief | 12 | | Conditioner: | RA | |
| TV (make): | 1 | | Commissary Bag: | | | Hat/Baseball: | 1 | | Deodorant: | RA | |
| Typewriter (make): | 1 | | Gloves: | | | Hat Stocking: | 1 | | Emery Boards | RA | |
| MP3 Player (8 GB): | GF | | Hat: | | | Pajamas: | 2 | | Hair Grease: | RA | |
| MP3 Player (4 GB): | GF | | Hooded Sweatshirt: | | | Tops     Bottoms | | | Lotion: | RA | |
| JP4 Player | 1 | | Jacket: | | | Pants/ Sweats: | 2 | | Magic Shave: | RA | |
| Hand-held gaming device (sudoku, word) | 1 | | Kitchen/Dining Whites: | | | Raincoat | 1 | | Mirror | RA | |
| | | | Laundry Bag: | | | Robe (color): | 1 | | Mugs/Glasses | 2 | |
| Plug & Play Device | 1 | | Pants: | | | Shirts/Sweat: | 2 | | Nail Clippers: | RA | |
| Digital TV Converter Box | 1 | | Pillow Cases: | | | Shirts/T | 6 | | Razor (type): | RA | |
| Coaxial Cable (6' max) | 1 | | Sheets: | | | Shoes/Dress (color): | 1 | | Razor Blades: | RA | |
| **Non-Titled Valuables** | LMT | AMT | Shirts: | | | Shoes/Gym | | | Shaver/Trimmer | RA | |
| Contact Lenses: | SP | | Shoes: | | | High     Low | | | Soap Bars: | 8 | |
| Glasses: Reading | 2 | | Socks: | | | Brand     Color | | | Soap Dish: | 2 | |
| Sun | SP | | Thermals -  Tops | | | Shoes/House: | 1 | | Shampoo: | 2 | |
| Case? Yes ☐ No ☐ | | | Bottoms | | | Shoes/Shower: | 1 | | Shaving Cream: | RA | |
| Medical ID Bracelet | SP | | Towels: | | | Shoes/Sport: | 1 | | Toothbrush: | 2 | |
| Ring/Wedding: | 1 | | Washcloth: | | | Shoes/Work Boot: | SP | | Toothpaste: | 2 | |
| Watch (make): | 1 | | Other: | | | Shorts/Gym: | 3 | | Wallet: (color) | GF | AMT |
| **Stationary Items** | LMT | | **Religious Items** | LMT | AMT | Socks: | 7 | | **Food Items** | LMT | |
| Art Supplies: | RA | | Chain w/Medallion | 1 | | Sweaters: | GF | | Beverage (type): | RA | |
| Address Book | 1 | | Dashiki (White) | 1 | | Thermal - Bottom | 3 | | Cakes & Pastries | RA | |
| Books: | RA | | Prayer Robe | 1 | | Thermal - Top | 3 | | Candy: Bags | 2 | |
| Letters:     Papers: | RA | | Prayer Rug | 1 | | Towels: | 5 | | Boxes | 2 | |
| Pencils: | RA | | Religious Beads | RA | | Undershirts | 7 | | Bars | 24 | |
| Pens: | RA | | Religious Book | 1 | | Undershorts | 7 | | Chips:     oz. | 72 | |
| Photo Album: | RA | | Religious Headgear | 1 | | Washcloths (color): | 5 | | Cookies:     pkgs. | 4 | |
| Assorted Pictures: | RA | | Islam Prayer Beads | 1 | | Other: | | | Coffee:     oz. | 24 | |
| Stamped Envelopes: | 25 | | Islam Prayer Rug | 1 | | | | | Crackers:     pkgs. | 4 | |
| Tablets (legal pads): | RA | | Japa Mala Beads | 1 | | | | | Cubed Sugar:     bxs. | 2 | |
| Typewriter Ribbon | 6 | | | | | | | | Peanut Butter:     lbs. | 3 | |
| | | | | | | | | | Seafood:     pkgs. | 10 | |

**Contraband:**

I certify that the items listed were packed within accompanying bags or boxes.

| Officer's Signature: | Date: 6-19-19 |

I certify that the above listed items are a complete and accurate inventory of all my personal property.

| Inmate Signature: | Number: 519-194 | Date: 6/19/2019 |

**Property Receipt:** All of my personal property that is listed on this inventory form has been returned to me and I was offered the opportunity to inspect it before leaving the vault. I understand that once I leave that vault with my belongings I can no longer file a complaint concerning any missing or damaged property. Receiving Institution:

| Inmate Signature: | Number: | Date: | Vault Officer's Signature: | Date: |

DRC2055 E (Rev. 09/13)   DISTRIBUTION: File, Inmate Copy, Attach to Property, Quartermaster        ACA 4279, 4280, 4281, 4157

# Inmate Property Record - Disposition and Receipt  MALE

| Institution: R.C.I. | Date: 7-30-19 | Time: 10 2 P~ | Vault Location: | Amount of Boxes: | ☐ Locked ☐ UnLocked |
| Name: McKinney | | Number: 519-194 | Inmate present during pack-up? | | ☑Yes ☐ No |

Reason for Pack-up:  ☐ TPU  ☐ AWL  ☐ INF.  ☑ Other _Cele_  ☑Transfer: _of property for Cuce_

**Individual possession limits for any property shall be the total permitted possession limit of combined state and personal property.**

**CODES:**    *Reasonable Amount - RA*    **Special Permission - SP**    **Grandfathered Items - GF**

| Titled Items | LMT | AMT | | | | Clothing | LMT | AMT | Other | LMT | AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cassette Player (make): | 1 | | Cards/Board games | 3 | | Athletic Supporter | 2 | | Brushes ____ Combs | RA | |
| Compact Disc Player (make): | 1 | | Stamped Envelopes | 25 | | Belt (color): | 1 | | Cassette Tapes | 15 | |
| Headphones (make): | 1 | | Tablets (legal pads) | RA | | Blanket: | 1 | | Compact Discs | 10 | |
| Musical Instrument: | SP | | Typewriter Ribbon | 6 | | Gloves: | 1 | | Clock | 1 | |
| Radio (make): | GF | | **State Issue** | | AMT | Handkerchief: | 12 | | Conditioner: | RA | |
| TV with Remote(make): | 1 | | Belt: | | | Hat/Baseball: | 1 | | Deodorant: | RA | |
| Typewriter (make): | 1 | | Blanket: | | | Hat Stocking: | 1 | | Emery Boards | RA | |
| MP3 Player (8 GB): | GF | | Boots: | | | Pajamas: | 2 | | Hair Grease: | RA | |
| MP3 Player (4 GB): | GF | | Coat: | | | Tops ____ Bottoms | | | Lotion: | RA | |
| JP4 Player | 1 | | Commissary Bag: | | | Pants/ Sweats: | 2 | | Magic Shave: | RA | |
| JP5 Player | 1 | | Gloves: | | | Raincoat | 1 | | Mirror | RA | |
| Hand-held gaming device (sudoku, word) | 1 | | Hat: | | | Robe (color): | 1 | | Mugs/Glasses | 2 | |
| | | | Hooded Sweatshirt: | | | Shirts/Sweat: | 2 | | Nail Clippers: | RA | |
| Plug & Play Device | 1 | | Jacket: | | | Shirts/T | 6 | | Razor (type): | RA | |
| Digital TV Converter Box | 1 | | Kitchen/Dining Whites: | | | Shoes/Dress (color): | 1 | | Razor Blades: | RA | |
| Coaxial Cable (6' max) | 1 | | Laundry Bag: | | | Shoes/Gym | 1 | | Shaver/Trimmer | RA | |
| Fan | 1 | | Pants: | | | High ____ Low | | | Soap Bars: | 8 | |
| Lamp | 1 | | Pillow Cases: | | | Brand ____ Color ____ | | | Soap Dish: | 2 | |
| Power Strip | 1 | | Sheets: | | | Shoes/House: | | | Shampoo: | 2 | |
| **Non-Titled Valuables** | LMT | AMT | Shirts: | | | Shoes/Shower: | 1 | | Shaving Cream: | RA | |
| Contact Lenses: | SP | | Shoes: | | | Shoes/Sport: | 1 | | Toothbrush: | 2 | |
| Glasses: Reading | 2 | | Socks: | | | Shoes/Work Boot: | SP | | Toothpaste: | 2 | |
| Sun | SP | | Thermals - Tops | | | Shorts/Gym: | 3 | | Wallet: (color) | GF | AMT |
| Case? Yes☐ No ☐ | | | Bottoms | | | Socks: | 7 | | **Food Items** | LMT | |
| Medical ID Bracelet | SP | | Towels: | | | Sweaters: | GF | | Beverage (type): | RA | |
| Ring/Wedding | 1 | | Washcloth: | | | Thermal - Bottom | 3 | | Cakes & Pastries | RA | |
| Watch (make): | 1 | | Other: | | | Thermal - Top | 3 | | Candy: Bags | 2 | |
| **Stationary Items** | LMT | | **Religious Items** | LMT | AMT | Towels: | 5 | | Boxes | 2 | |
| Art Supplies: | RA | | Chain w/Medallion | 1 | | Undershirts | 7 | | Bars | 24 | |
| Address Book | 1 | | Dashiki (White) | 1 | | Undershorts | 7 | | Chips: ____ oz. | 72 | |
| Books: | RA | | Prayer Robe | 1 | | Washcloths (color): | 5 | | Cookies: ____ pkgs. | 4 | |
| Letters: ____ Papers: ____ | RA | | Prayer Rug | 1 | | Other: | | | Coffee: ____ oz. | 24 | |
| Pencils: | RA | | Religious Beads | RA | | _Misc Legal Work_ | | | Crackers: ____ pkgs. | 4 | |
| Pens: | RA | | Religious Book | 1 | | | | | Cubed Sugar: ____ bxs. | 2 | |
| Photo Album: | RA | | Religious Headgear | 2 | | | | | Peanut Butter: ____ lbs. | 3 | |
| Assorted Pictures: | RA | | Islam Prayer Beads | 1 | | | | | Seafood: ____ pkgs. | 10 | |
| | | | Islam Prayer Rug | 1 | | | | | Ramen: | RA | |
| | | | Japa Mala Beads | 1 | | | | | Rice: | 5 | |
| **Contraband:** | | | | | | | | | Beans: | 5 | |
| | | | | | | | | | Cheese: | 5 | |

I certify that the items listed were packed within accompanying bags or boxes.

| Officer's Signature: | Date: 7-30-19 |

I certify that the above listed items are a complete and accurate inventory of all my personal property.

| Inmate Signature: _Be sure you are out of the cell Cultnor refund_ | Number: 519-194 | Date: 7-30-19 |

**Property Receipt:** All of my personal property that is listed on this inventory form has been returned to me and I was offered the opportunity to inspect it before leaving the vault. I understand that once I leave that vault with my belongings I can no longer file a complaint concerning any missing or damaged property. Receiving Institution: ____

| Inmate Signature: | Number: | Date: | Vault Officer's Signature: | Date: |

DRC2055 (Rev. 02/19)  DISTRIBUTION: File, Inmate Copy, Attach to Property, Quartermaster      ACA 4279, 4280, 4281, 4157

# Inmate Property Record - Disposition and Receipt  MALE

| Institution: | Date: | Time: | Vault Location: | Amount of Boxes: | ☐ Locked ☐ UnLocked |
|---|---|---|---|---|---|

| Name: | Number: | Inmate present during pack-up? | ☐ Yes ☑ No |
|---|---|---|---|

**Reason for Pack-up:** ☐ SC  ☐ AWL  ☐ INF.  ☐ LC
☐ DC  ☐ Other _____  ☐ Transfer:

*Individual possession limits for any property shall be the total permitted possession limit of combined state and personal property.*

**CODES:  Reasonable Amount - RA        Special Permission - SP        Grandfathered Items - GF**

| Titled Items | LMT | AMT | Cards/Board games | 3 | | Clothing | LMT | AMT | Other | LMT | AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cassette Player (make): | 1 | | **State Issue** | | AMT | Athletic Supporter | 2 | | Brushes     Combs | RA | |
| Compact Disc Player (make): | 1 | | Belt: | | | Belt (color): | 1 | | Cassette Tapes | 15 | |
| Headphones (make): | 1 | | Blanket: | | | Blanket: | 1 | | Compact Discs | 10 | |
| Musical Instrument: | SP | | Boots: | | | Gloves: | 1 | | Clock | 1 | |
| Radio (make): | GF | | Coat: | | | Handkerchief: | 12 | | Conditioner: | RA | |
| TV (make): | 1 | | Commissary Bag: | | | Hat/Baseball: | 1 | | Deodorant: | RA | |
| Typewriter (make): | 1 | | Gloves: | | | Hat Stocking: | 1 | | Emery Boards | RA | |
| MP3 Player (8 GB): | GF | | Hat: | | | Pajamas: | 2 | | Hair Grease: | RA | |
| MP3 Player (4 GB): | GF | | Hooded Sweatshirt: | | | Tops     Bottoms | | | Lotion: | RA | |
| JP4 Player | | | Jacket: | | | Pants/Sweats: | 2 | | Magic Shave: | RA | |
| Hand-held gaming device (sudoku, word) | 1 | | Kitchen/Dining Whites: | | | Raincoat | 1 | | Mirror | RA | |
| Plug & Play Device | 1 | | Laundry Bag: | | | Robe (color) | 1 | | Mugs/Glasses | 2 | |
| Digital TV Converter Box | 1 | | Pants: | | | Shirts/Sweat: | 2 | | Nail Clippers: | RA | |
| Coaxial Cable (6' max) | 1 | | Pillow Cases: | | | Shirts/T | 6 | | Razor (type): | RA | |
| **Non-Titled Valuables** | LMT | AMT | Sheets: | | | Shoes/Dress (color): | 1 | | Razor Blades: | RA | |
| Contact Lenses: | SP | | Shirts: | | | Shoes/Gym: | 1 | | Shaver/Trimmer | RA | |
| Glasses: Reading | 2 | | Shoes: | | | High     Low | | | Soap Bars: | 8 | |
| Sun | SP | | Socks: | | | Brand     Color | | | Soap Dish: | 2 | |
| Case? Yes ☐ No ☐ | | | Thermals - Tops | | | Shoes/House: | 1 | | Shampoo: | 2 | |
| Medical ID Bracelet | SP | | Bottoms | | | Shoes/Shower: | 1 | | Shaving Cream: | RA | |
| Ring Wedding | 1 | | Towels: | | | Shoes/Sport: | 1 | | Toothbrush: | 2 | |
| Watch (make): | 1 | | Washcloth: | | | Shoes/Work Boot: | SP | | Toothpaste: | 2 | |
| **Stationary Items** | LMT | | Other: | | | Shorts/Gym: | 3 | | Wallet: (color) | GF | AMT |
| Art Supplies: | RA | | **Religious Items** | LMT | AMT | Socks: | 7 | | **Food Items** | LMT | |
| Address Book | 1 | | Chain w/Medallion | | 1 | Sweaters: | GF | | Beverage (type): | RA | |
| Books: | RA | | Dashiki (White) | | 1 | Thermal - Bottom | 3 | | Cakes & Pastries | RA | |
| Letters: Papers: | RA | | Prayer Robe | | 1 | Thermal - Top | 3 | | Candy: Bags | 2 | |
| Pencils: | RA | | Prayer Rug | | 1 | Towels: | 5 | | Boxes | 2 | |
| Pens: | RA | | Religious Beads | RA | | Undershirts | 7 | | Bars | 24 | |
| Photo Album: | RA | | Religious Book | | 1 | Undershorts | 7 | | Chips: oz. | 72 | |
| Assorted Pictures: | RA | | Religious Headgear | | 1 | Washcloths (color): | 5 | | Cookies: pkgs. | 4 | |
| Stamped Envelopes: | 25 | | Islam Prayer Beads | | 1 | Other: | | | Coffee: oz | 24 | |
| Tablets (legal pads): | RA | | Islam Prayer Rug | | 1 | | | | Crackers: pkgs. | 4 | |
| Typewriter Ribbon | 6 | | Japa Mala Beads | | 1 | | | | Cubed Sugar: bxs. | 2 | |
| **Contraband:** | | | | | | | | | Peanut Butter: lbs. | 3 | |
| | | | | | | | | | Seafood: pkgs. | 10 | |

2 bags legal work

I certify that the items listed were packed within accompanying bags or boxes.

| Officer's Signature: | Date: | 5-15-19 |
|---|---|---|

I certify that the above listed items are a complete and accurate inventory of all my personal property.

| Inmate Signature: Refuse to Sign | Number: 9754 | Date: 5-16-19 |
|---|---|---|

**Property Receipt:** All of my personal property that is listed on this inventory form has been returned to me and I was offered the opportunity to inspect it before leaving the vault. I understand that once I leave that vault with my belongings I can no longer file a complaint concerning any missing or damaged property. Receiving Institution: _____

| Inmate Signature: | Number: | Date: | Vault Officer's Signature: | Date: |
|---|---|---|---|---|

# Inmate Property Record - Disposition and Receipt  MALE

| Institution: | Date: | Time: | Vault Location: | Amount of Boxes: | ☐ Locked ☐ UnLocked |
|---|---|---|---|---|---|
| Name: | | Number: | Inmate present during pack-up? | | ☐ Yes ☐ No |

Reason for Pack-up: ☐ SC  ☐ AWL  ☐ INF.  ☐ LC  ☐ DC  ☐ Other  ☐ Transfer:

*Individual possession limits for any property shall be the total permitted possession limit of combined state and personal property.*

**CODES:  Reasonable Amount - RA    Special Permission - SP    Grandfathered Items - GF**

| Titled Items | LMT | AMT | Cards/Board games | 3 | | Clothing | LMT | AMT | Other | LMT | AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cassette Player (make): | 1 | | **State Issue** | | AMT | Athletic Supporter | 2 | | Brushes   Combs | RA | |
| Compact Disc Player (make): | 1 | | Belt: | | | Belt (color): | 1 | | Cassette Tapes | 15 | |
| Headphones (make): | 1 | | Blanket: | | | Blanket: | 1 | | Compact Discs | 10 | |
| Musical Instrument: | SP | | Boots: | | | Gloves: | 1 | | Clock | 1 | |
| Radio (make): | GF | | Coat: | | | Handkerchief: | 12 | | Conditioner: | RA | |
| TV (make): | 1 | | Commissary Bag: | | | Hat/Baseball: | 1 | | Deodorant: | RA | |
| Typewriter (make): | 1 | | Gloves: | | | Hat Stocking: | 1 | | Emery Boards | RA | |
| MP3 Player (8 GB): | GF | | Hat: | | | Pajamas: | 2 | | Hair Grease: | RA | |
| MP3 Player (4 GB): | GF | | Hooded Sweatshirt: | | | Tops     Bottoms | | | Lotion: | RA | |
| JP4 Player | 1 | | Jacket: | | | Pants/ Sweats: | 2 | | Magic Shave: | RA | |
| Hand-held gaming device (sudoku, word) | 1 | | Kitchen/Dining Whites: | | | Raincoat | 1 | | Mirror | RA | |
| Plug & Play Device | 1 | | Laundry Bag: | | | Robe (color): | 1 | | Mugs/Glasses | 2 | |
| Digital TV Converter Box | 1 | | Pants: | | | Shirts/Sweat: | 2 | | Nail Clippers: | RA | |
| Coaxial Cable (6' max) | 1 | | Pillow Cases: | | | Shirts/T | 6 | | Razor (type): | RA | |
| **Non-Titled Valuables** | LMT | AMT | Sheets: | | | Shoes/Dress (color): | 1 | | Razor Blades: | RA | |
| Contact Lenses: | SP | | Shirts: | | | Shoes/Gym | | | Shaver/Trimmer | RA | |
| Glasses: Reading | 2 | | Shoes: | | | High    Low | | | Soap Bars: | 8 | |
| Sun | SP | | Socks: | | | Brand    Color | | | Soap Dish: | 2 | |
| Case? Yes☐ No☐ | | | Thermals - Tops | | | Shoes/House: | 1 | | Shampoo: | 2 | |
| Medical ID Bracelet | SP | | Bottoms | | | Shoes/Shower: | 1 | | Shaving Cream: | RA | |
| Ring/Wedding: | 1 | | Towels: | | | Shoes/Sport: | 1 | | Toothbrush: | 2 | |
| Watch (make): | 1 | | Washcloth: | | | Shoes/Work Boot: | SP | | Toothpaste: | 2 | |
| **Stationary Items** | LMT | | Other: | | | Shorts/Gym: | 3 | | Wallet: (color) | GF | AMT |
| Art Supplies: | RA | | **Religious Items** | LMT | AMT | Socks: | 7 | | **Food Items** | LMT | |
| Address Book | 1 | | Chain w/Medallion | 1 | | Sweaters: | GF | | Beverage (type): | RA | |
| Books: | RA | | Dashiki (White) | 1 | | Thermal - Bottom | 3 | | Cakes & Pastries | RA | |
| Letters:   Papers: | RA | | Prayer Robe | 1 | | Thermal - Top | 3 | | Candy: Bags | 2 | |
| Pencils: | RA | | Prayer Rug | 1 | | Towels: | 5 | | Boxes | 2 | |
| Pens: | RA | | Religious Beads | RA | | Undershirts | 7 | | Bars | 24 | |
| Photo Album: | RA | | Religious Book | 1 | | Undershorts | 7 | | Chips:    oz. | 72 | |
| Assorted Pictures: | RA | | Religious Headgear | 1 | | Washcloths (color): | 5 | | Cookies:    pkgs. | 4 | |
| Stamped Envelopes: | 25 | | Islam Prayer Beads | 1 | | Other: | | | Coffee:    oz. | 24 | |
| Tablets (legal pads): | RA | | Islam Prayer Rug | 1 | | | | | Crackers:    pkgs. | 4 | |
| Typewriter Ribbon | 6 | | Japa Mala Beads | 1 | | | | | Cubed Sugar:    bxs. | 2 | |
| **Contraband:** | | | | | | | | | Peanut Butter:    lbs. | 3 | |
| | | | | | | | | | Seafood:    pkgs. | 10 | |

I certify that the items listed were packed within accompanying bags or boxes.

| Officer's Signature: | Date: 5/16/2019 |
|---|---|

I certify that the above listed items are a complete and accurate inventory of all my personal property.

| Inmate Signature: | Number: | Date: 5/16/2019 |
|---|---|---|

**Property Receipt:** All of my personal property that is listed on this inventory form has been returned to me and I was offered the opportunity to inspect it before leaving the vault. I understand that once I leave that vault with my belongings I can no longer file a complaint concerning any missing or damaged property. Receiving Institution:

| Inmate Signature: | Number: | Date: | Vault Officer's Signature: | Date: |
|---|---|---|---|---|

DRC2055 E (Rev. 09/13)   DISTRIBUTION: File, Inmate Copy, Attach to Property, Quartermaster    ACA 4279, 4280, 4281, 4157

## Inmate Pass

Institution: Ross Correctional Institution

Date: 7-30-19

Inmate Name: McKinney

Inmate No.: 519-194

Works:

Lock/Unit: 46-23b

Destination:

Time Issued: R + D   am / pm   Officer/Staff:

Time Released: am / pm   Officer/Staff:

## Inmate Pass

Institution: Ross Correctional Institution

Date: 6/19/19

Inmate Name: McKinney

Inmate No.: 519-194

Works:

Lock/Unit: H6B

Destination: B.B.D (retrieve property)

Time Issued: 9:45   am / pm   Officer/Staff:

Time Released: am / pm   Officer/Staff:

From: Inspector C. Hill

Date: 12/28/2016

Re:  McKinney 519-194-Legal Material

To Whom It May Concern:

Inmate McKinney 519-194 is actively involved in legal litigation and has requested to take his legal material with him upon his transfer to his next institution. Please permit him to place his legal materials with his property upon his release from WCI.

If you have any further questions or concerns regarding this matter, please contact me at Ext. 2055.

Thank you,

Cynthia D. Hill
Inspector of Institutional Services
Warren Correctional Institution

# Personal A/C Withdrawal
## Check Out-Slip

| Dollars: | Cents: |
|---|---|
| 1 | 20 |

| Institution: | | Date: |
|---|---|---|
| RCI | | Feb/11/2019 |

Name:
Office of Chief Inspector of Rehabilitation & Corrections

Address:
770 West Broad Street          *Appeal Request & Loc I 10219000
                                Demand for Documents*

| City: | State: | Zip Code: |
|---|---|---|
| Columbus | Ohio | 43222   690 & Other Appeals |

☑ Postage   ☐ Copies   ☐ ID   ☐ Misc. _____   ☐ Check-out CK # _____

The inmate's signature on this withdrawal request verifies that the information listed above has been read to or by the inmate and is correct. In the event of an error in the address which results in the return of this package, the inmate shall assume financial responsibility.

| Inmate's Signature: | Number: | Block & Cell Number: |
|---|---|---|
| Omittrion M Scurry | 519-194 | 4:B   212 |
| Approved By: | Witnessed: | |
| TRAllis | | PARK   Oct-194 |

Ship VIA:

**RECEIVED**
Date Processed:
**FEB 1 3 2020**
Ross Correctional Institution
Cashier's Office

DRC 1004 (Rev. 3/01)   DISTRIBUTION:   WHITE - Cashier   CANARY- Inmate   Pink-   ACA 4046

To: Office of the Chief Inspector Department Of Rehabilitation & Corrections

Mr Chief Inspector, I am writing to Exhaust and to attempt to resolve remedies. <u>Exhaustion</u> is required, Prison Litigation Reform Act (PLRA)

Anthony L. McKinney was a prisoner, at Londo London Correctional Instution. Mr McKinney is a Innocent Man in prison. On 03/18/2019 Mr McKinney was Charged ~~for~~ with False Charges Conduct Report # LOCI-19-061823 Rule 17 and Forced Mr McKinney to perform Services in the ~~hole~~ hole. McKinney was not given an opportunity to Appeal. Please provide the Appeal to the prisoner, ~~Appeal~~ (the Right To Appeal) then he will recieve Due process Portion. Mr McKinney also did not recieve any Due Process or an Appeal LOCI-19-001957, Rule 51, a pre-text to take Mr McKinney's ~~H~~ Legal ~~Documents~~ Documents. Please provide an Appeal, because no hearing was ever givin to Mr McKinney. (ie Rule 51)

Also Mr McKinney Also did not Recieve an Appeal or Informal Complaint #'s LOCI163 (3/31/19) 19G00690
LOCI 10419000248 (4/13/19)

Please Provide the Appeal's
4) Four Appeals total   McKinney Seeks

Return Address: 16149 State Route 104 North; P.O. Box 7010 Chillicothe, Ohio 45601   RCI

BY: Anthony McKinney
Anthony L McKinney
#A519-194 Cell 212 (403)

| HOURS | 8:00am-10:30am / 1:00pm-3:15pm / 6:00pm-7:45pm | AUGUST, 2019 — *RCI Library Schedule* — Copies are 5¢ per side-legal work only | **LEGAL LIBRARY IS OPEN *EVERY* LIBRARY SESSION** |
|---|---|---|---|

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| **July 28**<br>8:00 - 10:30 Unit Lib.<br>1:00 - 3:15 Unit Lib. | **July 29**<br>8:00 - 10:30 Unit Lib.<br>1:00 - 3:15 Unit Lib. | **July 30**<br>8:00 - 10:30 8-H<br>1:00 - 3:15 7-H | **July 31**<br>8:00 - 10:30 3-H<br>1:00 - 3:15 4-H<br>6:00 - 7:30 J-Dorm | **Aug 1**<br>8:00 - 10:30 Unit Lib.<br>1:00 - 3:15 2-H<br>6:00 - 7:45 1-H | **Aug 2**<br>8:00 - 10:30 7-H<br>1:00 - 3:15 8-H | **Aug 3**<br>8:00 - 10:30 3-H<br>1:00 - 3:15 J-Dorm |
| **Aug 4**<br>8:00 - 10:30 Unit Lib.<br>1:00 - 3:15 Unit Lib. | **Aug 5**<br>8:00 - 10:30 Unit Lib.<br>1:00 - 3:15 Unit Lib. | **Aug 6**<br>8:00 - 10:30 4-H<br>1:00 - 3:15 2-H | **Aug 7**<br>8:00 - 10:30 8-H<br>1:00 - 3:15 1-H<br>6:00 - 7:30 7-H | **Aug 8**<br>8:00 - 10:30 Unit Lib.<br>1:00 - 3:15 3-H<br>6:00 - 7:45 J-Dorm | **Aug 9**<br>8:00 - 10:30 7-H<br>1:00 - 3:15 4-H | **Aug 10**<br>8:00 - 10:30 1-H<br>1:00 - 3:15 2-H |
| **Aug 11**<br>8:00 - 10:30 Unit Lib.<br>1:00 - 3:15 Unit Lib. | **Aug 12**<br>8:00 - 10:30 Unit Lib.<br>1:00 - 3:15 Unit Lib.<br>6:00 - 7:45 4-H | **Aug 13**<br>8:00 - 10:30 8-H<br>1:00 - 3:15 J-Dorm<br>6:00 - 7:30 4-H | **Aug 14**<br>8:00 - 10:30 Unit Lib.<br>1:00 - 3:15 Unit Lib.<br>6:00 - 7:30 3-H | **Aug 15**<br>8:00 - 10:30 Unit Lib.<br>1:00 - 3:15 7-H<br>6:00 - 7:45 2-H | **Aug 16**<br>8:00 - 10:30 1-H<br>1:00 - 3:15 4-H | **Aug 17**<br>8:00 - 10:30 J-Dorm<br>1:00 - 3:15 8-H |
| **Aug 18**<br>8:00 - 10:30 Unit Lib.<br>1:00 - 3:15 Unit Lib. | **Aug 19**<br>8:00 - 10:30 Unit Lib.<br>1:00 - 3:15 Unit Lib. | **Aug 20**<br>8:00 - 10:30 7-H<br>1:00 - 3:15 3-H<br>6:00 - 7:30 J-Dorm | **Aug 21**<br>8:00 - 10:30 2-H<br>1:00 - 3:15 1-H<br>6:00 - 7:30 4-H | **Aug 22**<br>8:00 - 10:30 Unit Lib.<br>1:00 - 3:15 J-Dorm<br>6:00 - 7:45 8-H | **Aug 23**<br>8:00 - 10:30 Unit Lib.<br>1:00 - 3:15 Unit Lib.<br>6:00 - 7:45 1-H | **Aug 24**<br>8:00 - 10:30 Unit Lib.<br>1:00 - 3:15 Unit Lib. |
| **Aug 25**<br>8:00 - 10:30 2-H<br>1:00 - 3:15 J-Dorm | **Aug 26**<br>8:00 - 10:30 Unit Lib.<br>1:00 - 3:15 Unit Lib.<br>6:00 - 7:30 3-H | **Aug 27**<br>8:00 - 10:30 4-H<br>1:00 - 3:15 2-H<br>6:00 - 7:30 7-H | **Aug 28**<br>8:00 - 10:30 8-H<br>1:00 - 3:15 7-H<br>6:00 - 7:30 1-H | **Aug 29**<br>8:00 - 10:30 Unit Lib.<br>1:00 - 3:15 3-H<br>6:00 - 7:45 J-Dorm | **Aug 30**<br>8:00 - 10:30 N. Unit Wrkrs.<br>1:00 - 3:15 S. Unit Wrkrs. | **Aug 31**<br>8:00 - 10:30 4-H<br>1:00 - 3:15 Lib. Wrkrs. |

| H O U R S | 8:00am-10:30am 1:00pm-3:15pm 6:00pm-7:45pm | September    2019 *RCI Library Schedule* Copies are 5¢ per side-legal work only | | **LEGAL LIBRARY IS OPEN *EVERY* LIBRARY SESSION** |
|---|---|---|---|---|

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| Sept 1 8:00 - 10:30 Unit Lib. 1:00 - 3:15 Unit Lib. | Sept 2 8:00 - 10:30 Unit Lib. 1:00 - 3:15 Unit Lib. Labor Day | Sept 3 8:00 - 10:30 1-H 1:00 - 3:15 8-H | Sept 4 8:00 - 10:30 Unit Lib. 1:00 - 3:15 Unit Lib. | Sept 5 8:00 - 10:30 Unit Lib. 1:00 - 3:15 3-H 6:00 - 7:45 2-H | Sept 6 8:00 - 10:30 7-H 1:00 - 3:15 4-H | Sept 7 8:00 - 10:30 J-Dorm 1:00 - 3:15 1-H |
| Sept 8 8:00 - 10:30 Unit Lib. 1:00 - 3:15 Unit Lib. | Sept 9 8:00 - 10:30 Unit Lib. 1:00 - 3:15 Unit Lib. | Sept 10 8:00 - 10:30 8-H 1:00 - 3:15 2-H | Sept 11 8:00 - 10:30 4-H 1:00 - 3:15 7-H | Sept 12 8:00 - 10:30 Unit Lib. 1:00 - 3:15 3-H 6:00 - 7:45 J-Dorm | Sept 13 8:00 - 10:30 1-H 1:00 - 3:15 8-H | Sept 14 8:00 - 10:30 2-H 1:00 - 3:15 4-H |
| Sept 15 8:00 - 10:30 Unit Lib. 1:00 - 3:15 Unit Lib. | Sept 16 8:00 - 10:30 Unit Lib. 1:00 - 3:15 Unit Lib. | Sept 17 8:00 - 10:30 Unit Lib. 1:00 - 3:15 Unit Lib. | Sept 18 8:00 - 10:30 6(7)-H 1:00 - 3:15 J-Dorm | Sept 19 8:00 - 10:30 Unit Lib. 1:00 - 3:15 3-H 6:00 - 7:45 1-H | Sept 20 8:00 - 10:30 8-H 1:00 - 3:15 2-H | Sept 21 8:00 - 10:30 3-H 1:00 - 3:15 4-H |
| Sept 22 8:00 - 10:30 Unit Lib. 1:00 - 3:15 Unit Lib. | Sept 23 8:00 - 10:30 Unit Lib. 1:00 - 3:15 Unit Lib. | Sept 24 8:00 - 10:30 J-Dorm 1:00 - 3:15 6-H | Sept 25 8:00 - 10:30 2-H 1:00 - 3:15 3-H | Sept 26 8:00 - 10:30 Unit Lib. 1:00 - 3:15 1-H 6:00 - 7:45 8-H | Sept 27 8:00 - 10:30 4-H 1:00 - 3:15 J-Dorm | Sept 28 8:00 - 10:30 6-H 1:00 - 3:15 Lib. Wrkrs. |
| Sept 29 8:00 - 10:30 Unit Lib. 1:00 - 3:15 Unit Lib. | Sept 30 8:00 - 10:30 Unit Lib. 1:00 - 3:15 Unit Lib. | Oct 1 8:00 - 10:30 1:00 - 3:15 | Oct 2 8:00 - 10:30 1:00 - 3:15 | Oct 3 8:00 - 10:30 Unit Lib. 1:00 - 3:15 6:00 - 7:45 | Oct 4 8:00 - 10:30 N. Unit Wrkrs. 1:00 - 3:15 S. Unit Wrkrs. | Oct 5 8:00 - 10:30 1:00 - 3:15 Lib. Wrkrs. |

| H O U R S | 8:00am-10:30am 1:00pm-3:15pm 6:00pm-7:45pm | October 2019 *RCI Library Schedule* Copies are 5¢ per side-legal work only | | | **LEGAL LIBRARY IS OPEN _EVERY_ LIBRARY SESSION** |
|---|---|---|---|---|---|

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| **Sept 29** 8:00 - 10:30 Unit Lib. / 1:00 - 3:15 Unit Lib. | **Sept 30** 8:00 - 10:30 Unit Lib. / 1:00 - 3:15 Unit Lib. | **Oct 1** 8:00 - 10:30 Unit Lib. / 1:00 - 3:15 Unit Lib. | **Oct 2** 8:00 - 10:30 2-H / 1:00 - 3:15 7-H / 6:00 - 7:30 8-H | **Oct 3** 8:00 - 10:30 Unit Lib. / 1:00 - 3:15 3-H / 6:00 - 7:45 J-Dorm | **Oct 4** 8:00 - 10:30 4-H / 1:00 - 3:15 1-H | **Oct 5** 8:00 - 10:30 8-H / 1:00 - 3:15 2-H / Move requested |
| **Oct 6** 8:00 - 10:30 Unit Lib. / 1:00 - 3:15 Unit Lib. | **Oct 7** 8:00 - 10:30 Unit Lib. / 1:00 - 3:15 Unit Lib. | **Oct 8** 8:00 - 10:30 J-Dorm / 1:00 - 3:15 7-H | **Oct 9** 8:00 - 10:30 Unit Lib. / 1:00 - 3:15 Unit Lib. / 6:00 - 7:30 3-H | **Oct 10** 8:00 - 10:30 Unit Lib. / 1:00 - 3:15 1-H / 6:00 - 7:45 4-H | **Oct 11** 8:00 - 10:30 2-H / 1:00 - 3:15 8-H | **Oct 12** 8:00 - 10:30 7-H / 1:00 - 3:15 J-Dorm |
| **Oct 13** 8:00 - 10:30 Unit Lib. / 1:00 - 3:15 Unit Lib. | **Oct 14** 8:00 - 10:30 Unit Lib. / 1:00 - 3:15 Unit Lib. | **Oct 15** 8:00 - 10:30 3-H / 1:00 - 3:15 4-H | **Oct 16** 8:00 - 10:30 1-H / 1:00 - 3:15 8-H / 6:00 - 7:30 7-H | **Oct 17** 8:00 - 10:30 Unit Lib. / 1:00 - 3:15 2-H / 6:00 - 7:45 J-Dorm | **Oct 18** 8:00 - 10:30 Unit Lib. / 1:00 - 3:15 Unit Lib. | **Oct 19** 8:00 - 10:30 Unit Lib. / 1:00 - 3:15 Unit Lib. |
| **Oct 20** 8:00 - 10:30 Unit Lib. / 1:00 - 3:15 Unit Lib. | **Oct 21** 8:00 - 10:30 Unit Lib. / 1:00 - 3:15 Unit Lib. | **Oct 22** 8:00 - 10:30 1-H / 1:00 - 3:15 3-H | **Oct 23** 8:00 - 10:30 4-H / 1:00 - 3:15 8-H / 6:00 - 7:30 2-H | **Oct 24** 8:00 - 10:30 Unit Lib. / 1:00 - 3:15 7-H / 6:00 - 7:45 J-Dorm | **Oct 25** 8:00 - 10:30 3-H / 1:00 - 3:15 1-H | **Oct 26** 8:00 - 10:30 Unit Lib. / 1:00 - 3:15 Unit Lib. |
| **Oct 27** 8:00 - 10:30 Unit Lib. / 1:00 - 3:15 Unit Lib. | **Oct 28** 8:00 - 10:30 Unit Lib. / 1:00 - 3:15 Unit Lib. | **Oct 29** 8:00 - 10:30 8-H / 1:00 - 3:15 7-H | **Oct 30** 8:00 - 10:30 2-H / 1:00 - 3:15 4-H / 6:00 - 7:30 J-Dorm | **Oct 31** 8:00 - 10:30 Unit Lib. / 1:00 - 3:15 1-H / 6:00 - 7:45 3-H | **Nov 1** 8:00 - 10:30 7-H / 1:00 - 3:15 2-H | **Nov 2** 8:00 - 10:30 8-H / 1:00 - 3:15 J-Dorm |

| HOURS | 8:00am-10:30am<br>1:00pm-3:15pm<br>6:00pm-7:45pm | **November 2019**<br>*RCI Library Schedule*<br>Copies are 5¢ per side-legal work only | | | **\*\*LEGAL LIBRARY IS OPEN _EVERY_ LIBRARY SESSION\*\*** | |
|---|---|---|---|---|---|---|
| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
| Oct 27 | Oct 28 | Oct 29 | Oct 30 | Oct 31 | Nov 1 | Nov 2 |
| 8:00 - 10:30<br>Unit Lib.<br><br>1:00 - 3:15<br>Unit Lib. | 8:00 - 10:30<br>Unit Lib.<br><br>1:00 - 3:15<br>Unit Lib. | 8:00 - 10:30<br><br>1:00 - 3:15 | 8:00 - 10:30<br>2-H<br><br>1:00 - 3:15<br>4-H<br><br>6:00 - 7:30<br>J-Dorm | 8:00 - 10:30<br>Unit Lib.<br><br>1:00 - 3:15<br>1-H<br><br>6:00 - 7:45<br>3-H | 8:00 - 10:30<br>7-H<br><br>1:00 - 3:15<br>2-H | 8:00 - 10:30<br>6-H<br><br>1:00 - 3:15<br>J-Dorm |
| Nov 3 | Nov 4 | Nov 5 | Nov 6 | Nov 7 | Nov 8 | Nov 9 |
| 8:00 - 10:30<br>Unit Lib.<br><br>1:00 - 3:15<br>Unit Lib. | 8:00 - 10:30<br>Unit Lib.<br><br>1:00 - 3:15<br>Unit Lib. | 8:00 - 10:30<br>4-H<br><br>1:00 - 3:15<br>1-H | 8:00 - 10:30<br>3-H<br><br>1:00 - 3:15<br>2-H<br><br>6:00 - 7:30<br>7-H | 8:00 - 10:30<br>Unit Lib.<br><br>1:00 - 3:15<br>6-H<br><br>6:00 - 7:45<br>J-Dorm | 8:00 - 10:30<br>1-H<br><br>1:00 - 3:15<br>4-H | 8:00 - 10:30<br>7-H<br><br>1:00 - 3:15<br>3-H |
| Nov 10 | Nov 11 | Nov 12 | Nov 13 | Nov 14 | Nov 15 | Nov 16 |
| 8:00 - 10:30<br>Unit Lib.<br><br>1:00 - 3:15<br>Unit Lib. | 8:00 - 10:30<br>Unit Lib.<br><br>1:00 - 3:15<br>Unit Lib. | 8:00 - 10:30<br>2-H<br><br>1:00 - 3:15<br>6-H | 8:00 - 10:30<br>Unit Lib.<br><br>1:00 - 3:15<br>Unit Lib.<br><br>6:00 - 7:30<br>1-H | 8:00 - 10:30<br>Unit Lib.<br><br>1:00 - **3:15**<br>4-H<br><br>6:00 - 7:45<br>J-Dorm | 8:00 - 10:30<br>7-H<br><br>1:00 - 3:15<br>3-H | 8:00 - 10:30<br>6-H<br><br>1:00 - 3:15<br>2-H |
| Nov 17 | Nov 18 | Nov 19 | Nov 20 | Nov 21 | Nov 22 | Nov 23 |
| 8:00 - 10:30<br>Unit Lib.<br><br>1:00 - 3:15<br>Unit Lib. | 8:00 - 10:30<br>Unit Lib.<br><br>1:00 - 3:15<br>Unit Lib. | 8:00 - 10:30<br>J-Dorm<br><br>1:00 - 3:15<br>4-H | 8:00 - 10:30<br>1-H<br><br>1:00 - 3:15<br>7-H<br><br>6:00 - 7:30<br>3-H | 8:00 - 10:30<br>Unit Lib.<br><br>1:00 - 3:15<br>2-H<br><br>6:00 - 7:45<br>6-H | 8:00 - 10:30<br>N. Unit<br>Workers<br><br>1:00 - 3:15<br>S. Unit<br>Workers | 8:00 - **10:30**<br>4-H<br><br>1:00 - 3:15<br>J-Dorm |
| Nov 24 | Nov 25 | Nov 26 | Nov 27 | Nov 28 | Nov 29 | Nov 30 |
| 8:00 - 10:30<br>Unit Lib.<br><br>1:00 - 3:15<br>Unit Lib. | 8:00 - 10:30<br>Unit Lib.<br><br>1:00 - 3:15<br>Unit Lib. | 8:00 - 10:30<br>3-H<br><br>1:00 - 3:15<br>1-H | 8:00 - 10:30<br>7-H<br><br>1:00 - 3:15<br>2-H<br><br>6:00 - 7:30<br>6-H | 8:00 - 10:30<br>Unit Lib.<br><br>1:00 - 3:15<br>4-H<br><br>6:00 - 7:45<br>J-Dorm | 8:00 - 10:30<br>1-H<br><br>1:00 - **3:15**<br>3-H | 8:00 - 10:30<br>2-H<br><br>1:00 - 3:15<br>Lib.<br>Wrkrs. |

| H O U R S | 8:00am-10:30am<br>1:00pm-3:15pm<br>6:00pm-7:45pm | **December    2019**<br>*RCI Library Schedule*<br>Copies are 5¢ per side-legal work only | | **\*\*LEGAL LIBRARY IS<br>OPEN *EVERY*<br>LIBRARY SESSION\*\*** | | |

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| Dec.   1 | Dec.   2 | Dec.   3 | Dec.   4 | Dec.   5 | Dec.   6 | Dec.   7 |
| 8:00 - 10:30<br>Unit Lib.<br><br>1:00 - 3:15<br>Unit Lib. | 8:00 - 10:30<br>Unit Lib.<br><br>1:00 - 3:15<br>Unit Lib. | 8:00 - 10:30<br>6-H<br><br>1:00 - 3:15<br>4-H | 8:00 - 10:30<br>7-H<br><br>1:00 - 3:15<br>2-H<br><br>6:00 - 7:30<br>1-H | 8:00 - 10:30<br>Unit Lib.<br><br>1:00 - 3:15<br>3-H<br><br>6:00 - 7:45<br>J-Dorm | 8:00 - 10:30<br>7-H<br><br>1:00 - 3:15<br>6-H | 8:00 - 10:30<br>4-H<br><br>1:00 - 3:15<br>J-Dorm |
| Dec.   8 | Dec.   9 | Dec.   10 | Dec.   11 | Dec.   12 | Dec.   13 | Dec.   14 |
| 8:00 - 10:30<br>Unit Lib.<br><br>1:00 - 3:15<br>Unit Lib. | 8:00 - 10:30<br>Unit Lib.<br><br>1:00 - 3:15<br>Unit Lib. | 8:00 - 10:30<br>2-H<br><br>1:00 - 3:15<br>1-H | 8:00 - 10:30<br>Unit Lib.<br><br>1:00 - 3:15<br>Unit Lib.<br><br>6:00 - 7:30<br>3-H | 8:00 - 10:30<br>Unit Lib.<br><br>1:00 - 3:15<br>4-H<br><br>6:00 - 7:45<br>J-Dorm | 8:00 - 10:30<br>6-H<br><br>1:00 - 3:15<br>2-H | 8:00 - 10:30<br>1-H<br><br>1:00 - 3:15<br>7-H |
| Dec.   15 | Dec.   16 | Dec.   17 | Dec.   18 | Dec.   19 | Dec.   20 | Dec.   21 |
| 8:00 - 10:30<br>Unit Lib.<br><br>1:00 - 3:15<br>Unit Lib. | 8:00 - 10:30<br>Unit Lib.<br><br>1:00 - 3:15<br>Unit Lib. | 8:00 - 10:30<br>3-H<br><br>1:00 - 3:15<br>4-H | 8:00 - 10:30<br>J-Dorm<br><br>1:00 - 3:15<br>6-H<br><br>6:00 - 7:30<br>7-H | 8:00 - 10:30<br>Unit Lib.<br><br>1:00 - 3:15<br>1-H<br><br>6:00 - 7:45<br>2-H | 8:00 - 10:30<br>4-H<br><br>1:00 - 3:15<br>7-H | 8:00 - 10:30<br>3-H<br><br>1:00 - 3:15<br>J-Dorm |
| Dec.   22 | Dec.   23 | Dec.   24 | Dec.   25 | Dec.   26 | Dec.   27 | Dec.   28 |
| 8:00 - 10:30<br>Unit Lib.<br><br>1:00 - 3:15<br>Unit Lib. | 8:00 - 10:30<br>Unit Lib.<br><br>1:00 - 3:15<br>Unit Lib. | 8:00 - 10:30<br>6-H<br><br>1:00 - 3:15<br>1-H | 8:00 - 10:30<br>HO, HO, HO<br><br>1:00 - 3:15<br>MERRY<br><br>6:00 - 7:30<br>CHRISTMAS | 8:00 - 10:30<br>Unit Lib.<br><br>1:00 - 3:15<br>2-H<br><br>6:00 - 7:45<br>4-H | 8:00 - 10:30<br>3-H<br><br>1:00 - 3:15<br>J-Dorm | 8:00 - 10:30<br>7-H<br><br>1:00 - 3:15<br>6-H |
| Dec.   29 | Dec.   30 | Dec.   31 | Jan.   1 | Jan.   2 | Jan.   3 | Jan.   4 |
| 8:00 - 10:30<br>Unit Lib.<br><br>1:00 - 3:15<br>Unit Lib. | 8:00 - 10:30<br>Unit Lib.<br><br>1:00 - 3:15<br>Unit Lib. | 8:00 - 10:30<br>4-H<br><br>1:00 - 3:15<br>1-H | 8:00 - 10:30<br>HAPPY<br><br>1:00 - 3:15<br>NEW<br><br>6:00 - 7:30<br>YEAR | 8:00 - 10:30<br>Unit Lib.<br><br>1:00 - 3:15<br>3-H<br><br>6:00 - 7:45<br>2-H | 8:00 - 10:30<br>N. Unit<br>Wrkrs.<br><br>1:00 - 3:15<br>S. Unit<br>Wrkrs. | 8:00 - 10:30<br>J-Dorm<br><br>1:00 - 3:15<br>Lib.<br>Wrkrs. |

| HOURS | 8:00am-10:30am 1:00pm-3:15pm 6:00pm-7:45pm | **January 2020** *RCI Library Schedule* Copies are 5¢ per side-legal work only | | | **\*\*LEGAL LIBRARY IS OPEN *EVERY* LIBRARY SESSION\*\*** | |
|---|---|---|---|---|---|---|

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| **Dec 29** 8:00 - 10:30 Unit Lib. 1:00 - 3:15 Unit Lib. | **Dec 30** 8:00 - 10:30 Unit Lib. 1:00 - 3:15 Unit Lib. | **Dec 31** 8:00 - 10:30 4-H 1:00 - 3:15 1-H | **Jan 1** 8:00 - 10:30 HAPPY 1:00 - 3:15 NEW YEAR | **Jan 2** 8:00 - 10:30 Unit Lib. 1:00 - 3:15 3-H 6:00 - 7:45 2-H | **Jan 3** 8:00 - 10:30 N. Unit Lib. Wrkrs. 1:00 - 3:15 S. Unit Lib. Wrkrs. | **Jan 4** 8:00 - 10:30 J-Dorm 1:00 - 3:15 Lib. Wrkrs. |
| **Jan 5** 8:00 - 10:30 Unit Lib. 1:00 - 3:15 Unit Lib. | **Jan 6** 8:00 - 10:30 Unit Lib. 1:00 - 3:15 Unit Lib. | **Jan 7** 8:00 - 10:30 6-H 1:00 - 3:15 8-H | **Jan 8** 8:00 - 10:30 1-H 1:00 - 3:15 4-H | **Jan 9** 8:00 - 10:30 Unit Lib. 1:00 - 3:15 2-H 6:00 - 7:45 3-H | **Jan 10** 8:00 - 10:30 8-H 1:00 - 3:15 J-Dorm | **Jan 11** 8:00 - 10:30 4-H 1:00 - 3:15 6-H |
| **Jan 12** 8:00 - 10:30 Unit Lib. 1:00 - 3:15 Unit Lib. | **Jan 13** 8:00 - 10:30 Unit Lib. 1:00 - 3:15 Unit Lib. | **Jan 14** 8:00 - 10:30 3-H 1:00 - 3:15 1-H | **Jan 15** 8:00 - 10:30 2-H 1:00 - 3:15 8-H | **Jan 16** 8:00 - 10:30 Unit Lib. 1:00 - 3:15 6-H 6:00 - 7:45 J-Dorm | **Jan 17** 8:00 - 10:30 4-H 1:00 - 3:15 3-H | **Jan 18** 8:00 - 10:30 1-H 1:00 - 3:15 2-H |
| **Jan 19** 8:00 - 10:30 Unit Lib. 1:00 - 3:15 Unit Lib. | **Jan 20** 8:00 - 10:30 Unit Lib. 1:00 - 3:15 Unit Lib. | **Jan 21** 8:00 - 10:30 8-H 1:00 - 3:15 6-H | **Jan 22** 8:00 - 10:30 J-Dorm 1:00 - 3:15 4-H | **Jan 23** 8:00 - 10:30 Unit Lib. 1:00 - 3:15 1-H 6:00 - 7:45 2-H | **Jan 24** 8:00 - 10:30 3-H 1:00 - 3:15 8-H | **Jan 25** 8:00 - 10:30 6-H 1:00 - 3:15 J-Dorm |
| **Jan 26** 8:00 - 10:30 Unit Lib. 1:00 - 3:15 Unit Lib. | **Jan 27** 8:00 - 10:30 Unit Lib. 1:00 - 3:15 Unit Lib. | **Jan 28** 8:00 - 10:30 4-H 1:00 - 3:15 2-H | **Jan 29** 8:00 - 10:30 1-H 1:00 - 3:15 3-H | **Jan 30** 8:00 - 10:30 Unit Lib. 1:00 - 3:15 8-H 6:00 - 7:45 J-Dorm | **Jan 31** 8:00 - 10:30 N. Unit Wrkrs. 1:00 - 3:15 S. Unit Wrkrs. | **Feb 1** 8:00 - 10:30 6-H 1:00 - 3:15 Lib. Wrkrs. |

| HOURS | February 2020 | **LEGAL LIBRARY IS |
|---|---|---|
| 8:00am-10:30am<br>1:00pm-3:15pm<br>6:00pm-7:45pm | *RCI Library Schedule*<br>Copies are 5¢ per side–legal work only | OPEN *EVERY*<br>LIBRARY SESSION** |

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| **Jan 26**<br>8:00 - 10:30<br>Unit Lib.<br><br>1:00 - 3:15<br>Unit Lib. | **Jan 27**<br>8:00 - 10:30<br>Unit Lib.<br><br>1:00 - 3:15<br>Unit Lib. | **Jan 28**<br>8:00 - 10:30<br>4-H<br><br>1:00 - 3:15<br>2-H | **Jan 29**<br>8:00 - 10:30<br>1-H<br><br>1:00 - 3:15<br>3-H | **Jan 30**<br>8:00 - 10:30<br>Unit Lib.<br><br>1:00 - 3:15<br>8-H<br><br>6:00 - 7:45<br>J-Dorm | **Jan 31**<br>8:00 - 10:30<br>North Unit Wkrs.<br>1:00 - 3:15<br>South Unit Wkrs. | **Feb 1**<br>8:00 - 10:30<br>6-H<br><br>1:00 - 3:15<br>Lib. Wkrs. |
| **Feb 2**<br>8:00 - 10:30<br>Unit Lib.<br><br>1:00 - 3:15<br>Unit Lib.<br><br>6:00-7:45<br>Unit Lib. | **Feb 3**<br>8:00 - 10:30<br>2-H<br><br>1:00 - 3:15<br>4-H | **Feb 4**<br>8:00 - 10:30<br>3-H<br><br>1:00 - 3:15<br>7-H | **Feb 5**<br>8:00 - 10:30<br>8-H<br><br>1:00 - 3:15<br>J-Dorm | **Feb 6**<br>8:00 - 10:30<br>7-H<br><br>1:00 - 3:15<br>4-H<br><br>6:00 - 7:45<br>1-H | **Feb 7**<br>8:00 - 10:30<br>2-H<br><br>1:00 - 3:15<br>J-Dorm | **Feb 8**<br>8:00 - 10:30<br>1-H<br><br>1:00 - 3:15<br>8-H |
| **Feb 9**<br><br><br>1:00 - 3:15<br>3-H<br><br>6:00-7:45<br>2-H | **Feb 10**<br>8:00 - 10:30<br>8-H<br><br>1:00 - 3:15<br>1-H | **Feb 11**<br>8:00 - 10:30<br>3-H<br><br>1:00 - 3:15<br>J-Dorm | **Feb 12**<br>8:00 - 10:30<br>7-H<br><br>1:00 - 3:15<br>4-H | **Feb 13**<br>8:00 - 10:30<br>2-H<br><br>1:00 - 3:15<br>1-H<br><br>6:00 - 7:45<br>3-H | **Feb 14**<br>8:00 - 10:30<br>J-Dorm<br><br>1:00 - 3:15<br>7-H | **Feb 15**<br>8:00 - 10:30<br>4-H<br><br>1:00 - 3:15<br>8-H |
| **Feb 16**<br><br><br>1:00 - 3:15<br>3-H<br><br>6:00-7:45<br>1-H | **Feb 17**<br>8:00 - 10:30<br>4-H<br><br>1:00 - 3:15<br>2-H | **Feb 18**<br>8:00 - 10:30<br>7-H<br><br>1:00 - 3:15<br>8-H | **Feb 19**<br>8:00 - 10:30<br>J-Dorm<br><br>1:00 - 3:15<br>1-H | **Feb 20**<br>8:00 - 10:30<br>3-H<br><br>1:00 - 3:15<br>4-H<br><br>6:00 - 7:45<br>7-H | **Feb 21**<br>8:00 - 10:30<br>8-H<br><br>1:00 - 3:15<br>J-Dorm | **Feb 22**<br>8:00 - 10:30<br>2-H<br><br>1:00 - 3:15<br>7-H |
| **Feb 23**<br><br><br>1:00 - 3:15<br>8-H<br><br>6:00-7:45<br>1-H | **Feb 24**<br>8:00 - 10:30<br>3-H<br><br>1:00 - 3:15<br>4-H | **Feb 25**<br>8:00 - 10:30<br>8-H<br><br>1:00 - 3:15<br>2-H | **Feb 26**<br>8:00 - 10:30<br>4-H<br><br>1:00 - 3:15<br>7-H | **Feb 27**<br>8:00 - 10:30<br>1-H<br><br>1:00 - 3:15<br>3-H<br><br>6:00 - 7:45<br>J-Dorm | **Feb 28**<br>8:00 - 10:30<br>2-H<br><br>1:00 - 3:15<br>Unit Lib. Wkrs.<br>North & South | **Feb 29**<br>8:00 - 10:30<br>J-Dorm<br><br>1:00 - 3:15<br>Lib. Wkrs. |

| HOURS | 8:00am-10:15am 1:00pm-3:15pm 6:00pm-7:45pm | March   2020 *RCI Library Schedule* UNIT LIB. AVAIL. WHEN MAIN LIB. IS CLOSED | **LEGAL LIBRARY IS OPEN *EVERY* LIBRARY SESSION** **COPIES - 5 CENTS/PG. LEGAL COPIES ONLY** |
|---|---|---|---|

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| Mar 1 | Mar 2 | Mar 3 | Mar 4 | Mar 5 | Mar 6 | Mar 7 |
| 1:00 - 3:15 1-House 6:00-7:45 8-House | 8:00 - 10:15 3-House 1:00 - 3:15 4-House | 8:00 - 10:15 7-House 1:00 - 3:15 2-House | 8:00 - 10:15 1-House 1:00 - 3:15 J-Dorm | 8:00 - 10:15 8-House 1:00 - 3:15 3-House 6:00 - 7:45 2-House | 8:00 - 10:15 7-House 1:00 - 3:15 4-House | 8:00 - 10:15 J-Dorm 1:00 - 3:15 8-House |
| Mar 8 | Mar 9 | Mar 10 | Mar 11 | Mar 12 | Mar 13 | Mar 14 |
| 1:00 - 3:15 2-House 6:00-7:45 1-House | 8:00 - 10:15 4-House 1:00 - 3:15 3-House | 8:00 - 10:15 7-House 1:00 - 3:15 J-Dorm | 8:00 - 10:15 8-House 1:00 - 3:15 1-House | 8:00 - 10:15 3-House 1:00 - 3:15 4-House 6:00 - 7:45 2-House | 8:00 - 10:15 J-Dorm 1:00 - 3:15 8-House | 8:00 - 10:15 1-House 1:00 - 3:15 7-House |
| Mar 15 | Mar 16 | Mar 17 | Mar 18 | Mar 19 | Mar 20 | Mar 21 |
| 1:00 - 3:15 2-House 6:00-7:45 3-House | 8:00 - 10:15 4-House 1:00 - 3:15 7-House | 8:00 - 10:15 8-House 1:00 - 3:15 1-House | 8:00 - 10:15 J-Dorm 1:00 - 3:15 4-House | 8:00 - 10:15 2-House 1:00 - 3:15 3-House 6:00 - 7:45 J-Dorm | 8:00 - 10:15 8-House 1:00 - 3:15 7-House | *LIBRARY CLOSED - UNIT LIB. AVAILABLE* |
| Mar 22 | Mar 23 | Mar 24 | Mar 25 | Mar 26 | Mar 27 | Mar 28 |
| 1:00 - 3:15 3-House 6:00-7:45 1-House | 8:00 - 10:15 4-House 1:00 - 3:15 2-House | 8:00 - 10:15 7-House 1:00 - 3:15 8-House | 8:00 - 10:15 J-Dorm 1:00 - 3:15 1-House | 8:00 - 10:15 2-House 1:00 - 3:15 4-House 6:00 - 7:45 3-House | 8:00 - 10:15 J-Dorm 1:00 - 3:15 N & S Unit Librarians | 8:00 - 10:15 7-House 1:00 - 3:15 Lib. Workers |
| Mar 29 | Mar 30 | Mar 31 | Apr 1 | | | |
| 1:00 - 3:15 1-House 6:00-7:45 8-House | 8:00 - 10:15 3-House 1:00 - 3:15 2-House | 8:00 - 10:15 J-Dorm 1:00 - 3:15 7-House | 8:00 - 10:15 4-House 1:00 - 3:15 TBA | | | |

## Notice of an Unauthorized Item Received

| Inmate's Name: _McKinney_ | | Number: _579/94_ | Lock: _4/B-230_ |
|---|---|---|---|
| Date Received: _10-31-19_ | Sender's Name: _No Return Address_ | | |
| Sender's Address: _No Return Address_ | | | |

### ☐ Unapproved Funds

| Money Order #: | Amount $: | Institution: |
|---|---|---|
| Cashiers Check #: | Amount $: | Institution: |
| Other, Explain: | | |

## Reason Funds Have Been Withheld

☐ Need complete address of sender on money order  ☐ Money order not legible
☐ Held by the Cashier's Office for further  ☐ Item not signed by sender
    investigation as to source or related reasons
☐ Was not in approved form (Explain): _____

The above listed item was withheld in accordance with AR 5120-5-02.
These funds will be held in the mail office for TEN (10) DAYS ONLY. (See "Disposition of Unapproved Item")

| Mail Room Employee and/or Cashier: |
|---|

### ☒ Nuisance Contraband

Description of contraband: _No Return to Sender Stamp._

The item listed above has been withheld in accordance with AR 5120-9-17 (Incoming Mail).
This item will be held in the mail office for TEN (10) DAYS ONLY. (See "Disposition of Unapproved Item" below)

## Disposition of Unauthorized Item

☐ This item(s) may not be returned to sender and will either be destroyed or forfeited to the institution per court order.

Check the appropriate box below to indicate how you wish the above item to be disposed of. This form must be returned to the Mail Office within TEN (10) DAYS of the date the unapproved item was received. Failure to do so will result in the disposal of the unauthorized item under AR 5120-9-55.

☒ Mail at my expense to the above noted address I have enclosed a self addressed stamped envelope or a signed cash slip.
☐ Destroy the contraband item. (Funds can not be destroyed).

| Inmate's Signature: _"Under Protest" Anthony McKinney_ | Date: _11-1-19_ |
|---|---|

### RETURN THIS FORM IMMEDIATELY TO THE MAIL OFFICE

## Action Taken By Mail Office Staff

☐ Return to sender  ☐ Return to inmate
☐ Destroyed in accordance with AR5120-9-55  ☐ Sent to Cashier's Office for processing

| Mail Room Staff Signature: | Date: |
|---|---|

DRC 4225 (Rev. 10/06)    DISTRIBUTION.    WHITE - Mail Room File    CANARY - Item    PINK -Inmate    ACA 4436