UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ANTHONY L. MCKINNEY,

    Plaintiff,

vs.

DENISE PADDOCK, *et al*.,

    Defendants.

Case No. 2:20-cv-1450

District Judge Michael H. Watson
Magistrate Judge Michael J. Newman

## ORDER

This civil rights case is before the Court on three motions filed by *pro se* Plaintiff. Docs. 19, 20, 21. In his first motion, Plaintiff seeks a 45-day extension of time, but fails to identify what deadline he seeks to extend. Doc. 19. In the absence of more clarity from Plaintiff, this motion (doc. 19) is **DENIED**, but **WITHOUT PREJUDICE** to refile with more specificity. In his second motion, Plaintiff seeks a 45-day extension of time to perfect service on unidentified Defendants. Doc. 20. In the interest of justice, Plaintiff's motion for an extension of time to perfect service under Fed. R. Civ. P. 4(m) (doc. 20) is **GRANTED**.

Finally, Plaintiff again moves for the appointment of counsel in this case. Doc. 21. As the Court noted previously, (doc. 7), while Congress has authorized courts to appoint counsel in cases where *in forma pauperis* status has been granted, *see* 28 U.S.C. § 1915(e)(1), it has never authorized any funding for such counsel, and the Court cannot compel counsel to serve without compensation. *Mallard v. U.S. Dist. Court*, 490 U.S. 296, 308-09 (1989); *Lavado v. Keohane*, 992 F.2d 601, 605-06 (6th Cir. 1993). Therefore, Plaintiff's second motion for the appointment of counsel (doc. 21) is **DENIED WITHOUT PREJUDICE**. The Court will reconsider Plaintiff's

motion at the conclusion of all discovery and the issuance of an order on motions for summary judgment, if any.

    **IT IS SO ORDERED.**

Date:  August 14, 2020          s/ Michael J. Newman
                                                             Michael J. Newman
                                                             United States Magistrate Judge