UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Anthony L. McKinney,

    Plaintiff,

v.

Denise Paddock, *et al.*,

    Defendants.

Case No. 2:20-cv-1450

Judge Michael H. Watson

Magistrate Judge Silvain, Jr.

## ORDER

Magistrate Judge Silvain, to whom this case was referred for an initial screen and the issuance of a Report and Recommendation ("R&R"), recommends the Court deny Plaintiff's motion for a Temporary Restraining Order. R&R, ECF No. 55. The R&R notified the parties of their right to object to the same and that failure to timely object would amount to a waiver of appellate rights. *Id.* The deadline for filing objections has passed, and none were filed. Accordingly, the Court **ADOPTS** the R&R and **DENIES** Plaintiff's motion for a Temporary Restraining Order, ECF No. 53.

**IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT